Thomas M. Christ, OSB No. 834064
tchrist@sussmanshank.com
Tab Wood, OSB No. 115604
twood@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR  97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| MATTHEW GABBERT, KELLY GABBERT, DAVID ARNDT, BARBARA NEWKIRK, MICHAEL NEWKIRK, MICHAEL LANGSHAW, DALLIS BOWMAN, MELODY GIBSON, MICHELLE WEND, and JULIE RETTIG, on behalf of themselves and all others similarly situated; JAMES GATCHET, WILLIAM LICHATOWICH, SANDRA HEDGES and RICHARD SMITH,<br><br>    Plaintiffs,<br><br>v.<br><br>JOSEPHINE COUNTY, OREGON, MARION COUNTY, OREGON, JACKSON COUNTY, OREGON, COLUMBIA COUNTY, OREGON, and KLAMATH COUNTY, OREGON<br><br>    Defendants. | Case No. 1-23-CV-01434-CL<br><br>DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT |

Page 1 -   DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO
                RESPOND TO AMENDED COMPLAINT

### LR 7-1(a) Certification

Defendants' counsel conferred with plaintiffs' counsel regarding this motion and learned from him that plaintiffs do not oppose it.

### Motion

Defendants move the court to extend the deadline for their responsive pleading from December 27 to January 19.

### Grounds

Defendants decided to retain outside counsel to represent them collectively in this action, and that process has taken more than the usual amount of time for hiring a lawyer, because the board of commissioners for each defendant has to approve the appointment, and that itself is a time-consuming process under law.

Dated this 22nd day of December, 2023.

SUSSMAN SHANK LLP

By : s/ Thomas M. Christ
    Thomas M. Christ, OSB No. 834064
    Tab Wood, OSB No. 115604

*Attorneys for Defendants*

Page 2 -   DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT

**SUSSMAN SHANK LLP, ATTORNEYS AT LAW**
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130