Michael Zhang (OSB No. 185180)
5020 Martin Luther King Jr. Blvd, Suite S
Portland, Oregon 97211
michael@qiu-qiulaw.com
908-938-6683

*Attorney for Gabbert and Baker Plaintiffs*
Additional Attorneys Listed on Next Page

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION**

| | |
|---|---|
| MARTIN LYNCH, ET AL.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MULTNOMAH COUNTY, ET AL.,<br><br>　　　　　Defendants. | Case No. 3:23-cv-01502-IM (lead case)<br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** |
| JEFFREY SAWYER, ET AL.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MARION COUNTY, ET AL.,<br><br>　　　　　Defendants. | Case No. 3:23-cv-01971-IM |
| MATTHEW GABBERT, ET AL.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>JOSEPHINE COUNTY, ET AL.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-01434-IM |

| | |
|---|---|
| JERRY BAKER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BAKER COUNTY,<br><br>　　　　　　Defendant. | Case No. 2:24-cv-01503-IM |

Shakeer Rahman
838 E. 6th St
Los Angeles, California 90021
shakeer@loosr.net
323-546-9236

Jacob Loup
400 Corporate Pointe, Suite 300
Culver City, California 90230
347-391-5009

Akeeb Dami Animashaun
355 S. Grand Ave, Suite 2450
Los Angeles, California 90071
dami@animashaun.me
929-266-3971

Pursuant to Federal Rule of Civil Procedure 15, the *Gabbert* Plaintiffs respectfully request leave to file the Third Amended Complaint, attached hereto as Exhibit 1. A blacklined version comparing the operative Second Amended Complaint with the proposed Third Amended Complaint is attached as Exhibit 2. Although Defendants have provided written consent to the amendment pursuant to Rule 15(a)(2), Plaintiffs submit this motion out of an abundance of caution and to formally notify this Court and all parties of this development.[1]

Rule 15(a)(2) instructs that leave to amend should be "freely given when justice so requires." Plaintiffs seek this amendment well within the deadline set by the Court—currently September 28, 2025—and have joined a pending motion to extend that deadline. (ECF No. 89.) The proposed amendment is narrow in scope: it substitutes plaintiffs to address adequacy concerns raised by Defendants. No other substantive changes are made.

Because Defendants have consented to the amendment, and because the proposed changes are intended to resolve a potential adequacy issue and streamline the litigation, leave to amend should be granted.

Date: September 9, 2025        Respectfully Submitted,

  /s/ A. Dami Animashaun
Akeeb Dami Animashaun
355 S Grand Ave, Ste 2450
Los Angeles, California 90071
dami@animashaun.me
929-266-3971

*One of the attorneys for the Gabbert and Baker Plaintiffs*

---

[1] By consenting to this amendment, Defendants do not waive the right to challenge the allegations of the Third Amended Complaint.