JENNY M. MADKOUR, COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON
B. Andrew Jones, OSB No. 091786
Deputy County Attorney
Carlos A, Rasch, OSB No. 072179
Andrew Weiner, OSB No. 115485
Senior Assistant County Attorneys
501 S.E. Hawthorne Blvd., Suite 500
Portland, Oregon 97214
Telephone: (503) 988-3138
Facsimile: (503) 988-3377
Email: andy.jones@multco.us
      carlos.rasch@multco.us
      andrew.weiner@multco.us
  *Of Attorneys for Defendant Multnomah County*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MARTIN LYNCH, as Personal Representative of the ESTATE OF LYNN ARDEN GRAHAM-LYNCH, KYLE QUEAHPAMA as heir of the ESTATE OF ROBERTA QUEAHPAMA, CHRISTOPHER FERRETTI, BRENT DORRELL, BALTAZAR ORTIZ, WALTER JAQUITH, and CAROLYN JAQUITH on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>   v.<br><br>MULTNOMAH COUNTY, on behalf of itself and all other similarly situated, LANE COUNTY, on behalf of itself and all other similarly situated, CLACKAMAS COUNTY, on behalf of itself and all others similarly situated, YAMHILL COUNTY, on behalf of itself and all other similarly situated,<br><br>          Defendants. | Civil No. 3:23-cv-01502-IM<br><br>MULTNOMAH COUNTY'S NOTICE OF COMPLIANCE WITH THE CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715(b) |

Page 1 – MULTNOMAH COUNTY'S NOTICE OF COMPLIANCE WITH THE CLASS
    ACTION FAIRNESS ACT, 28 U.S.C. § 1715(b)

## MULTNOMAH COUNTY'S NOTICE OF COMPLIANCE WITH THE CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715(b)

In its July 16, 2025 Order Preliminarily Approving Settlement (ECF 150), the Court ordered that counsel for Multnomah County file a report with the Court no later than seven days before the Final Approval Hearing confirming compliance with the notice requirements in the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715(b). In accordance with the Court's Order, attached as **Exhibit 1** hereto is the Declaration of Andrew Weiner confirming compliance with the CAFA notice requirements.

DATED this 29th day of September, 2025.

Respectfully submitted,

JENNY M. MADKOUR, COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON

*/s/ Andrew T. Weiner*

B. Andrew Jones, OSB No. 091786
Deputy County Attorney
Carlos A. Rasch, OSB No. 072179
Andrew T. Weiner, OSB No. 115485
Senior Assistant County Attorneys
   *Of Attorneys for Defendant Multnomah County*

JENNY M. MADKOUR, COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON
B. Andrew Jones, OSB No. 091786
Deputy County Attorney
Carlos A, Rasch, OSB No. 072179
Andrew Weiner, OSB No. 115485
Senior Assistant County Attorneys
501 S.E. Hawthorne Blvd., Suite 500
Portland, Oregon 97214
Telephone: (503) 988-3138
Facsimile: (503) 988-3377
Email: andy.jones@multco.us
       carlos.rasch@multco.us
       andrew.weiner@multco.us
   *Of Attorneys for Defendant Multnomah County*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MARTIN LYNCH, as Personal Representative of the ESTATE OF LYNN ARDEN GRAHAM-LYNCH, KYLE QUEAHPAMA as heir of the ESTATE OF ROBERTA QUEAHPAMA, CHRISTOPHER FERRETTI, BRENT DORRELL, BALTAZAR ORTIZ, WALTER JAQUITH, and CAROLYN JAQUITH on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br><br>   v.<br><br>MULTNOMAH COUNTY, on behalf of itself and all other similarly situated, LANE COUNTY, on behalf of itself and all other similarly situated, CLACKAMAS COUNTY, on behalf of itself and all others similarly situated, YAMHILL COUNTY, on behalf of itself and all other similarly situated,<br><br>                  Defendants. | Civil No. 3:23-cv-01502-IM<br><br>DECLARATION OF ANDREW WEINER IN SUPPORT OF MULTNOMAH COUNTY'S NOTICE OF COMPLIANCE WITH THE CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715(b) |

Page 1 – DECLARATION OF ANDREW WEINER IN SUPPORT OF MULTNOMAH COUNTY'S NOTICE OF COMPLIANCE WITH THE CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715(b)

Multnomah County Attorney
501 S.E. Hawthorne Blvd., Ste. 500
Portland, Oregon 97214
(503) 988-3138

Exhibit 1
Page 1 of 3

# DECLARATION OF ANDREW WEINER IN SUPPORT OF MULTNOMAH COUNTY'S NOTICE OF COMPLIANCE WITH THE CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715(b)

I, Andrew Weiner, declare and state as follows:

1.     I am a Senior Assistant County Attorney for Multnomah County, and I represent Multnomah County in this matter. I make this declaration in support of Multnomah County's Notice of Compliance with the Class Action Fairness Act, 28 U.S.C. § 1715(b).

2.     On July 9 and 10, 2025, I caused notice of the proposed settlement in this case to be sent to the Attorney General of the United States, the Attorney General of the State of Oregon, and the attorney generals of the states in which class members reside or may reside. I caused these notices to be sent pursuant to Paragraph 36 of the Settlement Agreement between Plaintiffs and Defendant Multnomah County, and in accordance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715(b). Attached as **Exhibit A** is a table listing each recipient to whom I caused CAFA notices to be sent.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

Page 2 – DECLARATION OF ANDREW WEINER IN SUPPORT OF MULTNOMAH COUNTY'S NOTICE OF COMPLIANCE WITH THE CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715(b)

Multnomah County Attorney
501 S.E. Hawthorne Blvd., Ste. 500
Portland, Oregon 97214
(503) 988-3138

Exhibit 1
Page 2 of 3

3. Attached as **Exhibit B** is a true and accurate copy of the CAFA notice I caused to be sent to the Attorney General of the United States. Identical CAFA notices were sent to the Attorney General of the State of Oregon and each of the other state attorneys general listed in Exhibit A. The CAFA notices included copies of the documents listed within each CAFA notice.

PURSUANT TO 28 U.S.C. § 1746, I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY

DATED this 29th day of September, 2025.

Respectfully submitted,

*/s/ Andrew T. Weiner*

Andrew T. Weiner, OSB No. 115485
Senior Assistant County Attorney
   *Of Attorneys for Defendant Multnomah County*

Page 3 – DECLARATION OF ANDREW WEINER IN SUPPORT OF MULTNOMAH COUNTY'S NOTICE OF COMPLIANCE WITH THE CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715(b)

Multnomah County Attorney
501 S.E. Hawthorne Blvd., Ste. 500
Portland, Oregon 97214
(503) 988-3138

Exhibit 1
Page 3 of 3

## CAFA Notice Recipients

| Mailed Date | Addressee | Office | Address |
| --- | --- | --- | --- |
| 7/9/25 | The Honorable Pam Bondi | Attorney General of United States | US Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| 7/9/25 | The Honorable Dan Rayfield | Attorney General of the State of Oregon | Oregon Department of Justice<br>1162 Court Street, NE<br>Salem, OR 97301-4096 |
| 7/10/25 | The Honorable Kris Mayes | Office of the Arizona Attorney General | 2005 N Central Avenue<br>Phoenix, AZ 85004 |
| 7/10/25 | The Honorable Rob Bonta | California Attorney General's Office | California Department of Justice<br>PO Box 944255<br>Sacramento, CA 94244-2550 |
| 7/10/25 | The Honorable William Tong | Attorney General for the State of Connecticut | 165 Capitol Avenue<br>Hartford, CT 06106 |
| 7/10/25 | The Honorable James Uthmeier | Florida Office of the Attorney General | Collins Building<br>107 West Gaines Street<br>Tallahassee, FL 32399 |
| 7/10/25 | The Honorable Kwame Raoul | Attorney General of the State of Illinois | 500 South Second Street<br>Springfield, IL 62701 |
| 7/10/25 | The Honorable Dana Nessel | Attorney General of the State of Michigan | Department of Attorney General<br>PO Box 30212<br>Lansing, MI 48909 |
| 7/10/25 | The Honorable Lynn Fitch | Attorney General for the State of Mississippi | PO Box 220<br>Jackson, MS 39205 |
| 7/10/25 | The Honorable Aaron D. Ford | Nevada Office of the Attorney General | 100 North Carson Street<br>Carson City, NV 89701 |
| 7/10/25 | The Honorable John M. Formella | New Hampshire Office of the Attorney General | New Hampshire Department of Justice<br>1 Granite Place South<br>Concord, NH 03301 |
| 7/10/25 | The Honorable Raúl Torrez | Attorney General of the State of New Mexico | 408 Galisteo Street<br>Villagra Building<br>Santa Fe, NM 87501 |
| 7/10/25 | The Honorable Letitia James | Office of the New York State Attorney General | The Capitol<br>Albany, NY 12224-0341 |
| 7/10/25 | The Honorable Dave Yost | Ohio Attorney General | 30 E. Broad Street, 14th Floor<br>Columbus, OH 43215 |
| 7/10/25 | The Honorable Ken Paxton | Texas Office of the Attorney General | PO Box 12548<br>Austin, TX 78711-2548 |
| 7/10/25 | The Honorable Derek Brown | Utah Office of the Attorney General | Utah State Capitol Office<br>PO Box 142320<br>SLC, UT 84114-2320 |
| 7/10/25 | The Honorable Nick Brown | Washington State Office of the Attorney General | 1125 Washington Street, SE<br>PO Box 40100<br>Olympia, WA 98504-0100 |



# OFFICE OF
## MULTNOMAH COUNTY ATTORNEY

**JENNY M. MADKOUR**
*County Attorney*

———

**KATHRYN A. SHORT**
*Deputy County Attorney*

———

**B. ANDREW JONES**
*Deputy County Attorney*
*Litigation Manager*

501 S.E. HAWTHORNE, SUITE 500
PORTLAND, OREGON 97214

FAX 503.988.3377
503.988.3138

NICK BALDWIN-SAYRE
ASHLEY BANNON MOORE
CARLOS J. CALANDRIELLO
CHRISTOPHER A. GILMORE
WILLIAM H. GLASSON
CINDY L. HAHN
JON HIMES
ANDREW MACKENDRICK
LOUISA H. MCINTYRE
CARLOS A. RASCH
VERONICA R. RODRIGUEZ
ROBERT E. SINNOTT
JONATHAN P. STRAUHULL
KATHERINE C. THOMAS
JED R. TOMKINS
ANDREW T. WEINER
*Assistants*

July 9, 2025

*Via Regular and Certified Mail*
*7008 1140 0000 2695 4023*

The Honorable Pam Bondi
Attorney General of United States
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

    **RE:**    **Notice of Proposed Settlement pursuant to 28 U.S.C § 1715**
             *Lynch, et al. v. Multnomah County, et al.*, Case No. 3:23-cv-01502 (D. Or.)

Dear Ms. Bondi,

    I am writing on behalf of Multnomah County to advise your office of a proposed class action settlement in the above-referenced case. Under the Class Action Fairness Act of 2005 ("CAFA"), each defendant participating in a proposed class action settlement is required to serve notice on the Attorney General of the United States and the appropriate state official of each state in which a settlement class member resides. 28 U.S.C. § 1715(b).

## BACKGROUND

    On October 12, 2023, Plaintiffs filed this action. Plaintiffs are former owners of record of real property obtained through foreclose for nonpayment of delinquent taxes. They seek recovery of surplus proceeds from the sale of those tax-foreclosed properties. Plaintiffs, on behalf of themselves and other similarly situated, allege that Multnomah and other defendant counties violated class members' constitutional rights by retaining the value of tax-foreclosed property in excess of the delinquent taxes owed.

**Exhibit B**
**Page 1 of 4**

Pam Bondi
Attorney General of the United States
July 9, 2025
Page 2 of 4

After lengthy arms'-length negotiations, Plaintiffs and Multnomah County reached a proposed class settlement to resolve this dispute, the terms of which are set forth in the attached agreement (the "Settlement Agreement"). The proposed settlement will result in payment by Multnomah County of an amount representing 100% of the surplus proceeds from the County's sale of eligible tax-foreclosed properties plus interest at the statutory rate of nine percent per annum, for a total settlement payment of $3,515,759.25.

## COMPLIANCE WITH 28 U.S.C. § 1715

Subsection 1715(b) lists eight items that must be provided in connection with the notice of any proposed class action settlement:

1. *Complaint and Related Materials* – 28 U.S.C. § 1715(b)(1)

Enclosed as **Exhibit 1** is a copy of Plaintiffs' original complaint, filed October 12, 2023. Enclosed as **Exhibit 2** is a copy of Plaintiffs' First Amended Consolidated Class Action Complaint, filed January 17, 2025. All other pleadings and briefing on file in this matter can be obtained online through PACER.

2. *Notice of Any Scheduled Judicial Hearing* – 28 U.S.C. § 1715 (b)(2)

On July 2, 2025, Plaintiffs filed a Motion for Preliminary Approval of Proposed Class Action Settlement with Defendant Multnomah County. That motion, and the Declaration of Plaintiffs' counsel in support, are enclosed as **Exhibit 3**. The court has not yet scheduled a preliminary approval hearing, and there are no other judicial hearings currently set in this matter.

3. *Proposed Notification to Class Members* – 28 U.S.C. § 1715 (b)(3)

Proposed Long Form and Summary Notices are attached as part of Exhibit 1 to Plaintiffs' Motion for Preliminary Approval of Proposed Class Action Settlement, enclosed here as part of **Exhibit 3**. Class counsel, through a third-party claim administrator, will send class members the Long Form Notice via regular first-class U.S. mail. The claims administrator will also provide notice by publication of the Summary notice, and it will establish a website for the settlement that will, at a minimum, contain the Settlement Agreement, class notices, claim forms, and relevant filings.

Pam Bondi
Attorney General of the United States
July 9, 2025
Page 3 of 4

4. *Proposed Class Action Settlement* – 28 U.S.C. § 1715 (b)(4)

A copy of the executed Settlement Agreement is attached as Exhibit 1 to Plaintiffs' Motion for Preliminary Approval of Proposed Class Action Settlement, enclosed here as part of **Exhibit 3**. The Settlement Agreement includes the following exhibits:

Exhibit A: Schedule of eligible properties, along with surplus and interest calculations
Exhibit B: Proposed Long Form Notice
Exhibit C: Proposed Summary Notice
Exhibit D: Proposed Order Preliminarily Approving Settlement
Exhibit E: Proposed Order Granting Final Approval of Settlement
Exhibit F: Claim Form

5. *Any Settlement or Other Agreement Contemporaneously Made Between Class Counsel and Defendant's Counsel* – 28 U.S.C. § 1715 (b)(5)

There are no other settlements or other agreements contemporaneously made between class counsel and counsel for Multnomah County.

6. *Final Judgment* – 28 U.S.C. § 1715 (b)(6)

The court has not yet issued a final judgment or notice of dismissal as to Multnomah County. A copy of the parties' Proposed Order Granting Final Approval of Settlement is attached the Settlement Agreement as Exhibit E.

7. *Names of Class Members who Reside in Each State and Estimated Proportionate Share of the Claims of Such Members* – 28 U.S.C. § 1715 (b)(7)

Exhibit A to the Settlement Agreement lists all of the eligible subject properties. Pursuant to the Settlement Agreement, a third-party claim administrator will be responsible for identifying, locating, and providing notice of the settlement to class members. Because of the nature of the class, it is impossible to identify the names of each class member or in which state those class members reside. However, it is expected that the vast majority of class members reside in the State of Oregon.

8. *Judicial Opinions Related to the Settlement* – 28 U.S.C. § 1715 (b)(8)

There are no judicial opinions related to the settlement at this time.

Pam Bondi
Attorney General of the United States
July 9, 2025
Page 4 of 4

## TIMELINESS OF THIS NOTICE

Pursuant to 28 U.S.C. § 1715(b), this notice of proposed class action settlement must be served no later than 10 days after a proposed settlement is filed in court. Plaintiffs filed their Motion for Preliminary Approval of Proposed Class Action Settlement with Defendant Multnomah County on July 2, 2025. This notice is timely because it was mailed on or before July 12, 2025.

Should have any questions regarding this matter, you can contact me directly.

Sincerely,

**/s/ Andrew Weiner**

Andrew Weiner
Sr. Assistant County Attorney
Multnomah County Attorney's Office
501 SE Hawthorne Boulevard, Suite 500
Portland, OR 97214

Exhibits 1-3