IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MARTIN LYNCH, et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **MULTNOMAH COUNTY, et al.**, <br><br> Defendants. | Case No. 3:23-cv-01502 <br><br> **ORDER GRANTING IN PART PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEY FEES, REIMBURSEMENT OF COSTS AND INCENTIVE AWARD TO THE CLASS REPRESENTATIVE** |

**IMMERGUT, District Judge.**

Plaintiffs seek an award of attorney fees and expenses to be paid to Class Counsel from the Settlement Fund. Specifically, Plaintiffs sought an award of attorney fees equal to 25% of the Settlement Fund created by the settlement with Multnomah County in the amount of $878,939.81. The Court awarded attorney fees equal to 22% of the Settlement Fund and reimbursement of out-of-pocket expenses in the amount of $26,347.28. Plaintiffs also seek payment of an incentive award to Kyle Queahpama, the Class Representative for Multnomah County, in the amount of $10,000.

This Court, having reviewed the pleadings in the case and the submissions of the parties with respect to payment of attorney fees, costs, and incentive awards in connection with the Settlement Agreement between Plaintiffs and Multnomah County, and for good cause shown;

IT IS HEREBY ORDERED, this 13th day of November, 2025, that:

1. This Order incorporates by reference the definitions in the Settlement Agreement, ECF 148-1, and all capitalized terms used in this Order will have the same meanings as set forth in the Settlement Agreement, unless otherwise defined in this Order.

2. Having duly considered Plaintiffs' Motion for an Award of Attorney Fees, Reimbursement of Costs and Incentive Award to the Class Representative, the Court rules as follows.

3. Class Counsel shall be paid attorney fees of 22 percent of the Settlement Amount, in the amount of $773,467.04 from the Settlement Fund, in accordance with terms for distribution of funds from the Settlement Fund, as set forth in paragraph 14 of the Settlement Agreement.

4. Class Counsel shall be reimbursed for expenses in the amount of $26,347.28 from the Settlement Fund, in accordance with terms for distribution of funds from the Settlement Fund, as set forth in paragraph 14 of the Settlement Agreement.

5. Multnomah County Class Representative Kyle Queahpama shall be paid an incentive award in the amount of $10,000 from the Settlement Fund, in accordance with terms for distribution of funds from the Settlement Fund, as set forth in paragraph 14 of the Settlement Agreement.

**IT IS SO ORDERED.**

DATED this 13th day of November, 2025.

/s/ Karin J. Immergut

Karin J. Immergut

United States District Judge