UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MARTIN LYNCH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MULTNOMAH COUNTY, et al., <br><br> Defendants. | Case No. 3:23-cv-01502-IM (lead case) |

**ORDER GRANTING PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF COSTS AND EXPENSES AND SERVICE AWARD TO THE CLASS REPRESENTATIVES REGARDING THE SETTLEMENT WITH CLACKAMAS COUNTY**

Plaintiffs seeks an award of attorneys' fees and expenses to be paid to Class Counsel from the Settlement Fund.  Specifically, Plaintiffs seek an award of attorneys' fees equal to 25% of the Settlement Fund created by the settlement with Clackamas County, and reimbursement of out-of-pocket costs and expenses in the amount of $10,087.20. Plaintiffs also seek payment of a service award to the Class Representatives for Clackamas County, Baltazar Ortiz, Christopher Ferretti and Brent Dorrell, in the amount of $10,000.

This Court, having reviewed the pleadings in the case and the submissions of the parties with respect to payment of attorneys' fees, costs and expenses, and service awards in connection with the Settlement Agreement between Plaintiffs and Clackamas County, and for good cause shown;

IT IS HEREBY ORDERED, this 18th day of March 2026, that:

1.      This Order incorporates by reference the definitions in the Settlement Agreement (ECF 175-1) and all capitalized terms used in this Order will have the same meanings as set forth in the Settlement Agreement, unless otherwise defined in this Order.

2.      Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Costs and Service Award to the Class Representative Regarding the Settlement with Clackamas County is Granted.

3.      Class Counsel shall be paid attorneys' fees in the amount of 25% of the Settlement Fund including accrued interest on the fund to the date of distribution of the attorneys' fees in accordance with terms for distribution of funds from the Settlement Fund, as set forth in paragraph 16 of the Settlement Agreement.

4.      Upon expiration of the Claims Period, Class Counsel shall also be paid attorneys' fees in an amount equal to 25% of any additional Surplus Proceeds and accrued interest paid into the Settlement Fund under paragraph 13 of the Settlement Agreement after the date of this Order, in accordance with terms for distribution of funds from the Settlement Fund, as set forth in paragraph 16 of the Settlement Agreement.

5.      Class Counsel shall be reimbursed for costs and expenses in the amount of $10,087.20 from the Settlement Fund, in accordance with terms for distribution of funds from the Settlement Fund, as set forth in paragraph 16 of the Settlement Agreement.

6.      Class Representatives Baltazar Ortiz, Christopher Ferretti, and Brent Dorrell shall be paid a service award in the amount of $10,000 from the Settlement Fund, in accordance with terms for distribution of funds from the Settlement Fund, as set forth in paragraph 16 of the Settlement Agreement.

**IT IS SO ORDERED.**

DATED this 23rd day of March, 2026.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge