Clifford S. Davidson, OSB No. 125378
csdavidson@swlaw.com
Brett E. Applegate, OSB No. 132944
bapplegate@swlaw.com
SNELL & WILMER L.L.P.
601 SW Second Avenue, Suite 2000
Portland, Oregon 97204-3229
Telephone:    503.624.6800
Facsimile:    503.624.6888
Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| MARTIN LYNCH, et al., | Case No. 3:23-cv-1502-IM (lead case) |
| Plaintiffs, | |
| v. | **DECLARATION OF CLIFFORD S. DAVIDSON IN RESPONSE TO SUPPLEMENT RE RULE 23(D) MOTION** |
| MULTNOMAH COUNTY, et al., | |
| Defendants. | |
| | |
| MATTHEW GABBERT, et al., | Case No. 1:23-cv-01434-IM (trailing case) |
| Plaintiffs, | |
| v. | |
| JOSEPHINE COUNTY, OREGON, et al., | |
| Defendants. | |
| | |
| JEFFREY SAWYER, et al., | Case No. 3:23-cv-01971-IM (trailing case) |
| Plaintiffs, | |
| v. | |
| MARION COUNTY, et al., | |
| Defendants. | |
| | |
| JERRY BAKER, | Case No. 2:24-cv-01503-IM (trailing case) |
| Plaintiff, | |
| v. | |
| BAKER COUNTY, | |
| Defendant. | |

I, Clifford S. Davidson, declare as follows:

1. I am over the age of 18 and am counsel of record for Defendants. I make this declaration on personal knowledge. If called upon to do so, I would testify truthfully as follows.

2. Josephine County has authorized me to disclose the information set forth below pursuant to Oregon Rule of Professional Conduct 1.6(a).

3. As the Court can see in Plaintiffs' supplementary filing (ECF No. 185), on March 3, 2026, I communicated with Treasury on behalf of Douglas County, who had not yet been named in these consolidated cases, in connection with surplus claims by an entity called Kindred LLC. I also asked about accepting surplus proceeds more broadly and mentioned my involvement in the consolidated class actions. To that end, I had a discussion with Lisa Udland, Counsel to the Treasurer, on March 3, 2026, concerning both topics. Ms. Udland followed up by email a month later on April 3, 2026. *See* ECF No. 185-2.

4. I have no memory of having received the April 3, 2026 email from Ms. Udland. Upon receiving Treasury's July 22, 2026 email to counsel in this action in connection with Plaintiffs' Rule 23(d) motion, I searched for the April 3 email in my inbox. I did locate the email and reviewed it. I had no memory of having read it previously. As far as I could tell after some searching, I had not forwarded or responded to the April 3 email, and I did not recall doing so.

5. I then reviewed every email I sent or received dated from April 3, 2026 to the present relating to these consolidated actions or to surplus more broadly. None of those emails discussed the April 3 email or the position that Treasury took in that email.

6. In short, it appears that I missed the April 3 email from Ms. Udland.

7. Until Treasury forwarded, on July 22, the April 3 email Ms. Udland had sent to me, Josephine County was unaware of the position that Treasury expressed in that email—that it would not accept surplus proceeds other than pursuant to H.B. 2089 (2025). I had not discussed it with Josephine County because I was unaware of the email.

8. I am profoundly sorry for the trouble, wasted time, and annoyance this has created. I have apologized, and once again apologize, to Josephine County, for the poor light in

Page 1 - DECLARATION OF CLIFFORD S. DAVIDSON

which this has cast them. I apologize to the Court for having to devote time to this issue. I apologize to the State, which I have represented previously (before this Court, no less), for diverting its resources. I apologize to Ms. Udland, specifically, for the irritation she surely felt. And I apologize to opposing counsel, whom I respect greatly.

9.      This is a wakeup call. I will improve my habits by, for example, only checking email on my phone when I know I am paying due attention to the messages waiting for me, and being more vigilant about reviewing all emails I receive.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on August 3, 2026, at Portland, Oregon.


/s/ *Clifford S. Davidson*

4935-8655-1236

Page 2 - DECLARATION OF CLIFFORD S. DAVIDSON