# Ex. 2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| MARTIN LYNCH, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> MULTNOMAH COUNTY, ET AL., <br><br> Defendants. | Case No. 3:23-CV-01502-IM (lead case) <br><br> **DECLARATION OF BRIANNE A. NELSON OF KROLL SETTLEMENT ADMINISTRATION LLC IN CONNECTION WITH FINAL APPROVAL OF SETTLEMENT BETWEEN *GABBERT* AND *BAKER* PLAINTIFFS AND DEFENDANTS COLUMBIA COUNTY, JACKSON COUNTY, MARION COUNTY, BAKER COUNTY** |
| JEFFREY SAWYER, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> MARION COUNTY, ET AL., <br><br> Defendants. | Case No. 3:23-CV-01971-IM |
| MATTHEW GABBERT, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPHINE COUNTY, ET AL., <br><br> Defendants. | Case No. 1:23-CV-01434-IM |
| JERRY BAKER, <br><br> Plaintiff, <br><br> v. <br><br> BAKER COUNTY, <br><br> Defendant. | Case No. 2:24-CV-01503-IM |

I, BRIANNE A. NELSON, declare as follows:

## INTRODUCTION

1.    I am a Director of Kroll Settlement Administration LLC ("Kroll"),[1] the Claims Administrator appointed in the above-captioned case, whose principal office is located at One World Trade Center, 285 Fulton Street, 31st Floor, New York, New York 10007. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself.  The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working with me and/or under my general supervision. This declaration is being filed in support of final approval of the Settlement.

2.    Kroll has extensive experience in class action matters, having provided services in class action settlements involving antitrust, privacy, securities fraud, labor and employment, consumer, and government enforcement matters. Kroll has provided notification and/or claims administration services in more than 3,000 cases.

## BACKGROUND

3.    Kroll was appointed as the Claims Administrator to provide notification and claims administration services in connection with the *Settlement Agreement Between Gabbert and Baker Plaintiffs and Defendants Columbia County, Jackson County, Marion County, Baker County* (the "Settlement Agreement") entered into in these Actions. Kroll's duties in connection with the Settlement have and will include: (a) receiving and analyzing the Class Member data  (the "Class List") from Class Counsel; (b) creating a Settlement website with online claim-filing capabilities; (c) establishing a toll-free telephone number; (d) establishing a post office box for the receipt of mail; (e) preparing and sending the Class Notice and Claim Form via first-class mail; (f) preparing and sending the Class Notice via email (the "Email Notice"); (g) initiating a media campaign including online banners, newspaper publication, and a press release; (h) receiving and processing mail from the United States Postal Service ("USPS") with forwarding addresses; (i) receiving and

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Settlement Agreement (as defined below).

processing undeliverable mail, without a forwarding address, from the USPS; (j) receiving and processing Claim Forms; (k) receiving and processing opt-out requests; and (l) other such tasks as counsel for the Parties or the Court request Kroll to perform.

## NOTICE PROGRAM

### Data and Case Setup

4. Between June 12, 2026 and July 6, 2026, Kroll received ten (10) data files from Class Counsel. The file contained information for 177 Eligible Properties and approximately 358 potential Class Members. The data included parcel numbers, names and addresses of potential Class Members, tax-foreclosed property situs addresses, surplus amounts, and dates of expiration of redemption periods. Kroll undertook several steps to review the Class List to create and maintain a database of Class Members for the dissemination of Class Notice. This included using names and address information to perform an advanced search to identify deceased Class Members, locate 405 potential heirs, obtain the most current mailing addresses of potential Class Members, and obtain email addresses of potential Class Members. Kroll also removed from the Class List fifty-six (56) deceased individuals, one (1) government entity, ten (10) tenants, and twenty-four (24) records with no available mailing information. As a result of these efforts, Kroll identified a total of 678 potential Class Members. Of these, 678 records included a physical mailing address and 324 records also included an email address.

5. Additionally, to ensure Class Notice would be deliverable to potential Class Members via mail, Kroll processed the Class List through the USPS's National Change of Address ("NCOA") database and updated the Class List with address changes received from the NCOA.

6. On June 10, 2026, Kroll designated a post office box with the mailing address *Oregon Tax Foreclosure Settlement*, c/o Kroll Settlement Administration LLC, P.O. Box 225391, New York, NY 10150-5391, to receive requests for exclusions, Claim Forms, and correspondence from Class Members.

7. On June 27, 2026, Kroll created a dedicated Settlement website entitled www.oregontaxforeclosure.com (the "Settlement Website"). The Settlement Website "went live"

on July 16, 2026, and contains a summary of the Settlement, important dates and deadlines, contact information for the Claims Administrator, answers to frequently asked questions, downloadable copies of relevant documents, including the Settlement Agreement, Preliminary Approval Order, long-form Class Notice, Summary Notice, Claim Form, and the list of Eligible Properties, and allowed Class Members an opportunity to file a Claim Form online.

8.    On July 2, 2026, Kroll established a toll-free telephone number, (833) 930-0987, for Class Members to call and obtain additional information regarding the Settlement through an Interactive Voice Response ("IVR") system and/or through speaking with a live operator. As of July 28, 2026, the IVR system has received twenty-one (21) calls, and eight (8) callers were connected to live operators.

**The Notice Plan**

9.    On July 16, 2026, after taking into account multiple potential Class Member records with the same mailing address, Kroll caused the mailing of 636 Class Notices, which include a one-page cover letter, nine-page long-form Class Notice, and three-page Claim Form, via first class mail. As a result of additional potential Class Members having been identified, an additional twenty-six (26) Class Notices were mailed on July 30, 2026. A true and correct copy of the Class Notice packet is attached hereto as **Exhibit A**.

10.    Class Notice packets returned by the USPS with a forwarding address will be re-mailed by Kroll to the updated address provided by the USPS.

11.    As directed by counsel for the Parties, Class Notice packets returned by the USPS as undeliverable as addressed without a forwarding address will be sent through an advanced address search process to find a more current address for the record. If an updated address is obtained through the advanced search process, Kroll will re-mail the Class Notice packet to the updated address.

12.    On July 16, 2026, Kroll caused the Email Notice to be sent to the 324 email addresses on file for potential Class Members, as noted above. A true and correct copy of a complete exemplar Email Notice (including the subject line) is attached hereto as **Exhibit B.**  Of

the 324 emails attempted for delivery, forty-nine (49) emails were rejected and fifty-six (56) bounced back as undeliverable.

**Online Display Ads**

13.    The online media campaign commenced on July 16, 2026, and will substantially be completed by August 1, 2026. Online display ads on OregonLive.com are targeted to an audience of Oregon adults 18 years of age or older. As of July 29, 2026, a total of 91,169 impressions have been delivered. Attached hereto as **Exhibit C** are true and correct copies of the online ads.

**Press Release**

14.    On July 16, 2026, a press release was issued in English over PR Newswire's Oregon newsline. As of July 29, 2026, approximately 175 syndicated postings of the Settlement resulted from the press release. Attached hereto as **Exhibit D** are true and correct copies of the press release and pick-up report.

**Print Media**

15.    On July 16, 2026, the Summary Notice was published as a sixth-page ad unit in *The Oregonian*. Attached hereto as **Exhibit E** is a true and correct copy of the Summary Notice as it appeared in the print publication.

## EXCLUSIONS AND OBJECTIONS

16.    The last day to submit requests for exclusion or objections is September 14, 2026.

17.    As of July 28, 2026, Kroll has received no requests for exclusion from the Settlement. Class Members were not instructed to submit their objection to the Claims Administrator, and none have been received by Kroll.

## **CERTIFICATION**

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this declaration was executed on July 31, 2026, in El Segundo, California.

_____

BRIANNE A. NELSON

# Exhibit A

*Oregon Tax Foreclosure Settlement*
c/o Kroll Settlement Administration LLC
P.O. Box 225391
New York, NY 10150-5391

July 16, 2026

<<Refnum Barcode>>
**Class Member ID:** <<Refnum>>
<<First Name>> <<Last Name>>
<<Care-of>>
<<Address 1>> <<Address 2>>
<<City>>, <<State>> <<Zip>><<-Zip4>>

  Re: Important Legal Notice—You May Be Entitled To Share in a Court Settlement Fund Relating to Foreclosed Properties in Baker, Columbia, Jackson and Marion County. A federal court authorized the enclosed Class Notice.

This letter is to notify you of the proposed Settlement in *Gabbert et al. v. Josephine County, et al.*, Case No. 1:23-cv-01434-IM, and *Baker v. Baker County*, Case No. 2:24-cv-01503-IM (the "Settlement"), currently pending in the U.S. District Court for the District of Oregon (the "Court").

You have been identified as a potential member of the Class, which includes certain parties who had an interest in, or a valid lien on, real property that was obtained through a foreclosure action by Baker, Columbia, Jackson and Marion County for non-payment of property taxes and for which the statutory redemption period expired during the Class Period. This Class Notice relates to the property details below:

- **Property Map Tax Lot Number:** <<Map Tax Lot Number>>
- **Property Description:** <<Property Description>>
- **County: <<County>>**

Enclosed with this letter is the full Class Notice explaining a Settlement that has been reached in this Action. You may file a Claim online at the Settlement website, **www.OregonTaxForeclosure.com**, using the Class Member ID at the top of this letter. Alternatively, you may file a Claim using the enclosed form. Claim Forms must be submitted online or postmarked by **November 30, 2026**.

We encourage you to file your Claim Form as soon as possible. If you have questions about the Settlement, including further information on how to timely submit a request for exclusion or object to the Settlement, please visit the Settlement website, **www.OregonTaxForeclosure.com,** or contact the Claims Administrator toll-free at **(833) 930-0987**.

You may also contact any of the undersigned attorneys who have been appointed by the Court to represent Class Members.

Sincerely,

| | | | |
|---|---|---|---|
| Michael Zhang | Akeeb Dami Animashaun | Shakeer Rahman | Jacob Loup |
| Qiu-Qiu Law | 355 S. Grand Ave, Suite 2450 | Law Office of Shakeer Rahman | Law Office of Jacob Loup |
| 5020 Martin Luther King Jr., Blvd., Suite S | Los Angeles, California 90071 | 3435 Wilshire Blvd., Suite 2910 | 400 Corporate Pointe, Suite 300 |
| Portland, Oregon 97211 | (929) 266-3971 | Los Angeles, California 90010 | Culver City, California 90230 |
| (908) 938-6683 | dami@animashaun.me | (323) 546-9236 | (347) 391-500 |
| michael@qiu-qiulaw.com | | shakeer@loosr.net | jl@louplaw.com |

# CLASS ACTION SETTLEMENT NOTICE

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

*Gabbert et al. v. Josephine County, et al.*, Case No. 1:23-cv-01434-IM

*Baker v. Baker County*, Case No. 2:24-cv-01503-IM

**If you held, or are the heir and successor to a person or entity who held, an ownership interest in, or a valid lien on, real property that was foreclosed on for the non-payment of real property taxes in Columbia County, Jackson County, or Marion County, between October 23, 2017 and June 7, 2024, or in Baker County between September 7, 2018 and June 7, 2024, you may be entitled to a payment from a class action settlement.**

*A federal court has authorized this Class Notice ("Notice").*

- A settlement (the "Settlement") has been proposed in the class action lawsuits referenced above pending in the United States District Court for the District of Oregon captioned *Gabbert et al. v. Josephine County, et al.*, Case No. 1:23-cv-01434-IM, and *Baker v. Baker County*, Case No. 2:24-cv-01503-IM.

- These class actions allege that Oregon counties—including Baker, Columbia, Jackson, and Marion Counties—violated the rights of Class Members by taking title to tax-foreclosed properties and either selling them or retaining them without returning to the property owners the Surplus Equity or Surplus Proceeds in those properties. "Surplus Equity" or "Surplus Proceeds" is defined as the difference between the property's sale price (or its real market value) and the amount of unpaid taxes, fees, and related costs. Baker, Columbia, Jackson, and Marion Counties have chosen to resolve the claims brought against them by entering into this Settlement.

- The United States District Court for the District of Oregon ordered the issuance of this Notice. Baker, Columbia, Jackson, and Marion Counties deny that they have done anything wrong and have defended themselves. The Court has not decided who is right. Both sides have agreed to settle the dispute to avoid burdensome and costly litigation. The Settlement offers Settlement payments of "Surplus Proceeds" to members of the Settlement Class who file Eligible Claims.

- The Parties were able to reach this Settlement, which considers the various risks identified above and seeks to end, for the counties participating in the Settlement, liability arising from the United States Supreme Court's decision in *Tyler v. Hennepin County, Minn.*, 598 U.S. 631 (2023).

Questions? For more information, please call toll-free **(833) 930-0987**
or visit the Settlement website at **www.OregonTaxForeclosure.com**

- **You are being sent this Notice because you are a potential Class Member or heir of a Class Member and may be entitled to participate in the proposed Settlement. Your rights and options are detailed in this Notice, along with deadlines to act.**

- **Your legal rights are affected whether you act or not. Read this Notice carefully.**

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT: | |
|---|---|
| **SUBMIT A CLAIM FORM BY MONDAY, NOVEMBER 30, 2026** | If you are a member of the Class or an heir of a Class Member, you must submit a completed Claim to be eligible to receive a Settlement payment. You may do so online at **www.OregonTaxForeclosure.com or by mail**. |
| **EXCLUDE YOURSELF BY MONDAY, SEPTEMBER 14, 2026** | You may request to be excluded from the Settlement, and if you do, you will **not** receive a Settlement payment. The deadline to exclude yourself from the Settlement is **September 14, 2026**. Excluding yourself from the Settlement is the only way to retain your right to sue Defendants Baker, Columbia, Jackson, or Marion Counties on your own over the claims alleged in the lawsuit. |
| **OBJECT BY MONDAY, SEPTEMBER 14, 2026** | You may write to the Court and object to any terms of the Settlement. You are still eligible to file a Claim and still remain in the Class if you make an objection. |
| **GO TO THE FAIRNESS HEARING** | The Court has scheduled a hearing to evaluate the fairness of the Settlement and Class Counsels' request for attorneys' fees and reimbursement of costs to take place on **September 17, 2026, at 3:00 p.m. PT** (the "Fairness Hearing"). You may attend the hearing at your own expense, but it is not necessary. You may ask to speak in court about the fairness of the Settlement if you did not exclude yourself, but you must first notify Class Counsel. |
| **DO NOTHING** | If you fail to timely submit an Eligible Claim, you will **not** receive a Settlement payment, and you will give up your right to bring your own lawsuit about the claims in this case, but you will still be bound by all decisions the Court makes in this matter addressing these claims. |

- These rights and options—**and the deadlines to exercise them**—are explained in more detail in the rest of this Notice.

- The Court in charge of this case still must decide whether to approve the Settlement. If it does, and after any appeals are resolved, Settlement Payments will be distributed to those who submit Eligible Claims. Please be patient.

Questions? For more information, please call toll-free **(833) 930-0987**
or visit the Settlement website at **www.OregonTaxForeclosure.com**

# BASIC INFORMATION

## 1. Why was this Notice issued?

The Court authorized this Notice because you have a right to know about a proposed Settlement of a class action lawsuit. If you are a member of the Class, you have legal rights and options that you may exercise before the Court decides whether to give final approval to the Settlement, as described below.

## 2. What is the lawsuit about?

Individuals (the "Plaintiffs") who owned real property in Baker County, Columbia County, Jackson County, or Marion County allege that these counties (and other Oregon counties not participating in this Settlement) violated their and Class Members' rights by taking and either selling or retaining tax-foreclosed properties and failing to remit to Plaintiffs and Class Members any surplus equity in those properties. These claims have become known as surplus-proceeds or surplus-equity claims. The defendant counties deny Plaintiffs' allegations.

For additional information about the claims, arguments, and history of the case, you may view the pleadings and other important documents filed in the case at www.OregonTaxForeclosure.com. The complete docket or court file can be reviewed via the Court's electronic docket known as PACER at ecf.ord.uscourts.gov, but you must register for an account and pay fees to review filings. You may also review the docket online for free by visiting any of the court's locations. The addresses and rules governing courthouse entry are also available at ord.uscourts.gov.

## 3. What is a class action and who is involved?

In a class action, one or more people called "class representatives" sue on behalf of a group of people who may have similar claims. The people together are a "Class" or "Class Members." The individuals who sue—and all Class Members like them—are called the Plaintiffs. The entities they sue are called the Defendants. In a class action, the Court resolves the issues for all Class Members, except for those who choose to exclude themselves from the class. The Court has decided that the claims against Baker, Columbia, Jackson, and Marion Counties may be settled as a class action if they meet certain procedural requirements. Plaintiffs and their attorneys sued a number of Oregon Counties, but only Baker, Columbia, Jackson, and Marion Counties are participating in this Settlement. Accordingly, "Defendants" as used in this Notice refers to Baker, Columbia, Jackson, and Marion Counties only. The lawsuits are continuing against the other counties.

## 4. Why is there a Settlement?

The Court has not found in favor of Plaintiffs or Defendants. Instead, the Plaintiffs and the Defendants have agreed to a Settlement. By agreeing to the Settlement, the Parties avoid the costs and uncertainty of a trial, and if the Settlement is approved by the Court, the Settlement Class will receive the benefits described in this Notice. The Defendants deny all legal claims in this case but are settling to avoid the uncertainties and costs that come with litigation. The Plaintiffs and their lawyers think the proposed Settlement is best for everyone who is affected.

3

# WHO IS PART OF THE SETTLEMENT?

### 5. Am I part of the Class and included in the Settlement?

The Class includes the following individuals: "All persons and entities—and their heirs, successors, and assignees as defined under 'Potential Claimants'—who held an ownership interest in, or a valid lien on, real property that Defendants obtained through a foreclosure action to satisfy unpaid real estate taxes or other County or local government taxes, fees, or penalties and whose redemption period expired during the Class Period, as identified on the Claims' Administrator's website www.OregonTaxForeclosure.com, and which the Counties (1) sold for an amount exceeding the unpaid taxes, fees, and other costs associated with that property; or (2) donated, transferred, or retained, where the real market value at the time title transferred to the County exceeded the amount of unpaid taxes, fees, and other associated costs."

A list of the property addresses for which surplus proceeds or surplus equity was obtained is available on the Claims Administrator's website, www.OregonTaxForeclosure.com. If you had an ownership interest in one of these properties (including a valid lien interest) at the time of a tax foreclosure, and there are Surplus Proceeds or surplus equity, you are a member of the Settlement Class.

### 6. What if I'm still not sure I am a Class Member?

If you are still not sure whether you are included or you have additional questions, you can review the FAQs on the Settlement website, **www.OregonTaxForeclosure.com**, or call the Claims Administrator toll free at **(833) 930-0987**.

# THE SETTLEMENT BENEFITS

### 7. What does the Settlement provide?

In consideration for the Settlement and the release and bar order contained in the Settlement Agreement, Defendants have agreed to pay the amount of **$4,919,409.99**. That amount may increase if any of the Defendants sell additional foreclosed properties before the deadline for Class Members to submit Claims. This amount represents 100% of the Surplus Proceeds that Defendants obtained from their sales of most Eligible Properties, plus applicable interest. For most Eligible Properties that the Defendants have not sold before the deadline for Class Members to submit Claims, they will continue to try to sell those properties and make any Surplus Proceeds available to the former owners. For a small number of properties in Columbia County—those with assessed values of $1,100 or less that have not yet sold—the former owners may, at Columbia County's option, be entitled to a *pro-rata* share of a one-time payment of $3,000 from Columbia County.

Each Class Member who submits an Eligible Claim related to a property that one of the Defendants has sold will receive a Settlement payment from the Settlement Fund based on the Class Member's *pro-rata* share of the Settlement Fund, after deducting attorneys' fees, expenses, and service awards to class representatives. In the case of the small number of low-value Columbia County properties, if Columbia County elects to make a one-time payment of $3,000, each Class Member who submits an Eligible Claim related to such property will receive a *pro-rata* share of the $3,000.

If more than one Eligible Claim is made for a property, the total amount available to pay Claims connected with that property will be the share of the proceeds associated with that property. The total amount of the Settlement payment to be paid to each Eligible Claimant cannot be calculated until all Claims have been submitted and validated.

The Settlement Fund also will be used to pay for administration of the Settlement, including notice and claims administration costs. Class Counsel intends to ask the Court to award them attorneys' fees in an amount that will not exceed 25% of the Settlement Fund. Any funds remaining after payment of Settlement administration costs, payment of valid Class Member Claims, and payment of attorneys' fees, will be paid first to reimburse the Defendants for any payments they make to Potential Claimants who submit a valid request to be excluded from the Class and are paid on or before the end of the Claims Period. Out of any funds remaining after that, the Defendants will receive a payment equal to one-half of the total interest associated with any unclaimed Surplus Proceeds. Any funds remaining after that will be allocated to the Defendants' housing authorities or to nonprofit organizations for housing placement and support services, rental assistance, and/or the development of new affordable housing.

## 8. How do I file a Claim?

To qualify for a Settlement payment, you must complete and submit a Claim. You can file your Claim online at **www.OregonTaxForeclosure.com** or send it by U.S. Mail to:

*Oregon Tax Foreclosure Settlement*
c/o Kroll Settlement Administration, LLC
P.O. Box 225391
New York, NY 10150-5391

**The deadline to submit a Claim Form is 11:59 p.m. PT on November 30, 2026.**

No matter which method you choose to file your Claim, please read the Claim Form carefully and provide all the information required.

**You may file the Claim Form on your own. If you have any questions or need assistance filing your Claim Form, you should contact the Claims Administrator and/or the Class Counsel listed in Section 14 below, who will help you for no additional fee. You may be solicited by companies or services that offer to prepare claims for you and charge an additional fee to you for this service. You are not required to use any such services. Any assistance you require is available through the Court-appointed Claims Administrator and Class Counsel at no additional charge to you.**

## 9. When will I receive my Settlement payment?

Settlement payments to Class Members will be made only after the Court grants final approval to the Settlement and after any appeals are resolved (see "Fairness Hearing" below). If there are appeals, resolving them can take time. Please be patient.

# EXCLUDING YOURSELF FROM THE SETTLEMENT

**10. How do I get out of the Settlement?**

If you do not wish to be eligible for a Settlement payment, and you want to keep the right to sue one of the Defendants on your own about the legal issues in this case, then you must take steps to get out of the Settlement. This is called excluding yourself—or is sometimes referred to as "opting out" of the Class.

To exclude yourself individually from the Settlement, you must send a timely letter by mail to:

*Oregon Tax Foreclosure Settlement*
c/o Kroll Settlement Administration, LLC
P.O. Box 225391
New York, NY 10150-5391

Your request to be excluded from the Settlement must include the following: (1) name; (2) current mailing address; (3) telephone number; (4) address, parcel number, and/or legal description of the Eligible Property; (5) County in which the Eligible Property is located; (6) year of post-foreclosure sale of Eligible Property; and (7) a statement that the Eligible Claimant wishes to be excluded from the Class. Any request for exclusion must be signed by the person or entity requesting exclusion (not by an attorney). Unless you exclude yourself or "opt out," you are automatically a member of the Settlement Class.

**Your exclusion request must be postmarked by September 14, 2026**.

You cannot ask to be excluded on the phone, by email, or at the website. Opt-outs must be made individually and cannot be made on behalf of other members of the Class.

**11. If I do not exclude myself, can I sue the Defendant for the same thing?**

No. Unless you exclude yourself, you give up the right to sue Defendants for the claims that the Settlement resolves. You must exclude yourself from this Settlement to pursue your own lawsuit.

**12. What am I giving up by staying in the Class?**

Unless you opt out of the Settlement, you cannot sue or be part of any other lawsuit against Defendants about the issues in this case, including any existing litigation, arbitration, or proceeding. Unless you exclude yourself, all of the decisions and judgments by the Court will bind you.

The Settlement Agreement is available at www.OregonTaxForeclosure.com. The Settlement Agreement provides more detail regarding the Release and describes the Released Claims with specific descriptions in necessary, accurate legal terminology, so read it carefully.

Questions? For more information, please call toll-free **(833) 930-0987**
or visit the Settlement website at **www.OregonTaxForeclosure.com**

## 13. If I exclude myself, can I still get a Settlement payment?

No. If you exclude yourself form the Settlement, you will not get a Settlement payment from the Settlement Fund.

In order to receive a Settlement payment, you must remain in the Class and return your completed Claim Form.

# THE LAWYERS REPRESENTING YOU

## 14. Do I have a lawyer in the case?

The Court has appointed the following law firms to represent the Class. They are called "Class Counsel." They are experienced in handling similar class action cases. You may contact Class Counsel using the information below:

Michael Zhang
Qiu-Qiu Law
5020 Martin Luther King Jr. Blvd., Suite S
Portland, Oregon 97211
michael@qiu-qiulaw.com
908-938-6683

Akeeb Dami Animashaun, Esq.
355 S. Grand Ave., Suite 2450
Los Angeles, California 90071
dami@animashaun.me
929-266-3971

Shakeer Rahman
Law Office of Shakeer Rahman
3435 Wilshire Blvd., Suite 2910
Los Angeles, California 90010
shakeer@loosr.net
323-546-9236

Jacob Loup
Law Office of Jacob Loup
400 Corporate Pointe, Suite 300
Culver City, California 90230
jl@louplaw.com
347-391-5009

## 15. Should I get my own lawyer?

You are not required to hire your own lawyer because Class Counsel is working on your behalf. If you want to hire your own lawyer, you certainly can, but you will have to pay that lawyer yourself. If you do hire your own lawyer, they may enter an appearance for you and represent you individually in this case.

## 16. How will the lawyers be paid?

You do not have to pay Class Counsel, or anyone else, to participate. Instead, Class Counsel intend to apply for a fee award in an amount that will not exceed 25% of the amount paid into the Settlement Fund.

Questions? For more information, please call toll-free **(833) 930-0987**
or visit the Settlement website at **www.OregonTaxForeclosure.com**

# OBJECTING TO THE SETTLEMENT

### 17. How do I tell the Court if I do not like the Settlement?

If you are a member of the Class (and do not exclude yourself from the Class under the rules outlined in Section 10, above), you can object to any part of the Settlement and/or to Class Counsels' request for an award of attorneys' fees by mailing a timely letter to:

Mark O. Hatfield United States Courthouse
1000 Southwest Third Avenue
Portland, Oregon 97204

Your letter must include the following:

1) A caption or title that identifies it as "Objection to Class Settlement in *Gabbert et al. v. Josephine County, et al.*, Case No. 1:23-cv-01434-IM, and *Baker v. Baker County*, Case No. 2:24-cv-01503-IM";

2) Your name, current address, and telephone number;

3) The name, address, and telephone number of any attorney representing you with respect to the objection;

4) The factual basis and legal grounds for the objection, including any documents sufficient to establish the basis for your standing as a Class Member; and

5) The case name, case number, and court for any prior class action lawsuit in which you and/or your attorney (if applicable) have objected to a proposed class action settlement.

**Your letter containing your objection must be postmarked by September 14, 2026.**

### 18. What is the difference between objecting and asking to be excluded?

Objecting is telling the Court that you do not like something about the Settlement. You can object to the Settlement only if you do not exclude yourself. Excluding yourself is telling the Court that you do not want to be part of the Settlement. If you exclude yourself, you have no basis to object to the Settlement because it no longer affects you, and you will not be allowed to file a Claim to receive a payment from the Settlement.

# THE FAIRNESS HEARING

### 19. When and where will the Court decide whether to approve the Settlement?

The Court has scheduled a Fairness Hearing at **3:00 p.m. PT** on **September 17, 2026,** at the United States District Court for the District of Oregon, 1000 SW 3rd Ave, Portland, Oregon 97204.

The hearing may be moved to a different date or time without additional mailed notice, so it is a good idea to check www.OregonTaxForeclosure.com for updates periodically. At this hearing, the

Court will consider whether the Settlement is fair, reasonable, and adequate. The Court will also consider the request by Class Counsel for attorneys' fees and expenses. If there are objections, the Court will consider them at that time. After the hearing, the Court will decide whether to approve the Settlement. It is unknown how long these decisions will take.

**20. Do I have to attend the hearing?**

No. Class Counsel will answer any questions the Court may have. You are welcome to attend the hearing at your own expense.

**21. May I speak at the hearing?**

If you attend the Fairness Hearing, you may ask the Court for permission to speak if you have timely objected and you so choose. However, you cannot speak at the hearing if you exclude yourself from the Settlement.

# IF YOU DO NOTHING

**22. What happens if I do nothing at all?**

If you are a member of the Class and do nothing, meaning you do not file a timely Claim, you will **not** get a Settlement payment. Further, unless you exclude yourself, you will be bound by the judgment entered by the Court.

# GETTING MORE INFORMATION

**23. Where do I get more information?**

For more information, or to update your address, you may contact the Claims Administrator toll-free at (833) 930-0987 or write to the Claims Administrator at:

<div align="center">

*Oregon Tax Foreclosure Settlement*
c/o Kroll Settlement Administration, LLC
P.O. Box 225391
New York, NY 10150-5391

</div>

For a complete, definitive statement of the Settlement terms, refer to the Settlement Agreement at **www.OregonTaxForeclosure.com**.

<div align="center">

**- PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS -**

</div>

| MUST BE FILED ONLINE AT THE WEBSITE BELOW OR POSTMARKED NO LATER THAN **November 30, 2026** | **Claim Form** *Gabbert et al. v. Josephine County, et al., Case No. 1:23-cv-01434-IM Baker v. Baker County, Case No 2:24-cv-01503-IM* | **For Office Use Only** |
|---|---|---|

*All fields marked with an asterisk (\*) are required. Claim Forms must be filed online at the Settlement website or postmarked and mailed to the Claims Administrator no later than **November 30, 2026.***

**All Claims Submitted Will Be Subject To Further Verification**

**To receive a Settlement payment from this Settlement via an electronic payment, you must submit a Claim Form electronically at www.OregonTaxForeclosure.com by 11:59 p.m. PT on *November 30, 2026.***

# I. Contact Information

You must enter your legal name and contact information:

Class Member ID: **8  3  4  2  8** ___ ___ ___ ___ ___ ___ ___ ___

&lt;&lt;FirstName&gt;&gt;      &lt;&lt;MI&gt;&gt; &lt;&lt;LastName&gt;&gt;
_____  ___  _____
Legal First Name or Entity Name\*      MI    Legal Last Name\*

_____  _____
Address 1\*      Address 2 (*if necessary*)

_____  ___ ___  ___ ___ ___ ___ ___
City\*      State\*    Zip\*

Telephone Number: (___ ___ ___) ___ ___ ___ - ___ ___ ___ ___

Email Address:\* _____@_____

# II. Eligible Property

**1.  Details of Eligible Property:**

&lt;&lt; Map Tax Lot Number&gt;&gt;
_____
Property Map Tax Lot Number\*

&lt;&lt; (Property) Street Address&gt;&gt;
_____
Street Address\* (*Cannot be a P.O. Box*)

&lt;&lt; County&gt;&gt;
_____  _____  ____ ____ ____ ____ ____
City\*      County\*      Zip\*

&lt;&lt; Property Description&gt;&gt;
_____

Questions? For more information, please call toll-free **(833) 930-0987** or visit the Settlement website at **www.OregonTaxForeclosure.com**






<<Refnum Barcode>>

<<Refnum>>

General description or legal description of the Eligible Property (*for example, details about location of Eligible Property or a legal description, if available*)

2.  **I am filing a Claim as a/an:\* (select only one and provide the additional information requested)**

☐ Property Owner

☐ Lienholder: If you are filing as the owner of a valid mortgage (e.g., a lender) or other lien on the Eligible Property, provide or attach the following information to assist in processing your claim:

Outstanding, Unpaid Balance of Lien at Time of Foreclosure: $_____

☐ By selecting this checkbox, I declare under oath or otherwise demonstrate using attached documentation that the loan or debt was valid at time of foreclosure and not subject to defense (such as by waiver or passage of limitations period) or otherwise reduced in value and that the lien has not been paid or otherwise satisfied in whole or in part (such as through private mortgage insurance (PMI) or other insurance, such as FHA, VA or USDA).\*

☐ Other (please specify): _____

3.  **Are you filing as an Heir or Successor of the interest holder of the Eligible Property?\***

☐ Yes. If Yes, you must provide the following:

Legal name of the Person that held the original interest: _____

Select your relationship to the original interest holder: (select only one)

☐ Child                    ☐ Parent                    ☐ Sibling

☐ Grandchild            ☐ Grandparent          ☐ Officer/Executive of Successor

☐ Other: _____

*Provide supporting documentation showing your relationship to the interest holder or the Eligible Property. Any request by an heir or successor is subject to verification by the Settlement Administrator*

☐ No.

4.  **Are you filing as a personal representative or Trustee of an Estate/Trust?\***

☐ Yes. If Yes, you must provide the following information:

The name of the original interest holder: _____

*Provide supporting documentation showing your appointment or power of attorney.*

☐ No

Questions? For more information, please call toll-free **(833) 930-0987**
or visit the Settlement website at **www.OregonTaxForeclosure.com**








<<Refnum Barcode>>

<<Refnum>>

## __Additional Supporting Documents__

The documents listed below may not be required but they will help in processing your claim more quickly. You may attach any documents which you believe might be considered by the Claims Administrator showing your interest in the Eligible Property. Providing documentation with this Claim will assist the Claims Administrator in determining that you receive your full Settlement Payment without undue delay.

Supporting Documents might include, but are not limited to, the following:

- **Property Owners** – Deeds, Mortgages, Property Tax Statements, Notices of Assessment, Trust.
- **Heirs/Successors** – Wills, Obituaries, Probate Documents, Death Certificates, Birth Certificates, Marriage Documents, Letters of Testamentary, Court Orders.
- **Lienholders or Heirs/Successors of Lienholders** – Lien Documents at Time of Foreclosure, Assignment of Lien, Certificate of Good Standing, Statement of Balance Owing at Time of Foreclosure.
- **Agents** – Power of Attorney, Court Orders of Appointment, Agency Agreement

## III. Release and Affirmation

Upon the Effective Date, each Class Member including each Plaintiff, for themselves and on behalf of each of their respective spouses, heirs, executors, beneficiaries, administrators, successors, assigns and any other person claiming (now or in the future) through or on behalf of any of them directly or indirectly, shall have released, waived, and discharged each and all of the Released Claims against Columbia, Marion, Jackson and/or Baker Counties (including the County-Related Persons) without regard to whether the Class Member or Plaintiff ever asserts or seeks to assert a Claim.

By signing below and submitting this Claim, you swear or affirm under penalty of perjury that all information contained herein, and all information submitted to the Claims Administrator is truthful and accurate. If you are submitting a Claim as an heir or successor, you further understand that if you receive any benefits under this Settlement, you are accountable for them to any personal representative of the estate (if one is appointed) and to any other person who has a superior right.

_____    ___ ___ / ___ ___ / ___ ___ ___ ___

**Signature of Claimant\***                                        **Date\* (mm/dd/yyyy)**

To be eligible to receive any benefits from the Settlement, you may either submit this form
no later than ***November 30, 2026,*** by mail to the address below, or file your Claim online
no later than **11:59 p.m. PT** on **November 30, 2026**:

**ONLINE:**    **www.OregonTaxForeclosure.com**

**MAIL:**    *Oregon Tax Foreclosure Settlement*
c/o Kroll Settlement Administration LLC
P.O. Box 225391
New York, NY 10150-5391

Questions? For more information, please call toll-free **(833) 930-0987**
or visit the Settlement website at **www.OregonTaxForeclosure.com**



83428



CF



Page 3 of 3

# Exhibit B

**Subject:** Email Notice of Proposed Class Action Settlement

_____

**If You Owned, Inherited, or held an Interest in Property that was Foreclosed on in Columbia, Jackson or Marion County for non-payment of real property taxes, between October 23, 2017, and June 7, 2024, or in Baker County between September 7, 2018 and June 7, 2024, you could be eligible for money from a Settlement.**

*A federal court authorized this Class Notice ("Notice").*

Dear <<First Name>> <<Last Name>>:

This Notice is to advise you that you could be a potential Class Member or an heir of a Class Member for the property described below:

- **Property Map Tax Number:** <<Property Map Tax No>>
- **Property Description:** <<Property Description>>
- **County:** <<County>>

You may be entitled to participate in the proposed Settlement. Your rights and options are detailed in this Notice, along with deadlines to act.

**What is this about?**

A settlement has been proposed in class action lawsuits called *Gabbert et al. v. Josephine County, et al.*, Case No. 1:23-cv-01434-IM, and *Baker v. Baker County*, Case No. 2:24-cv-01503-IM, pending in the United States District Court for the District of Oregon. These class action lawsuits allege that Oregon counties, including Baker, Columbia, Jackson and Marion County, violated the rights of property owners by taking title to tax-foreclosed properties and either selling them or retaining them without returning to the property owners the Surplus Equity or Surplus Proceeds in those properties. "Surplus Equity" or "Surplus Proceeds" means the difference between the property's sale price (or its real market value) and the amount of unpaid taxes, fees, and related costs. Only Baker, Columbia, Jackson and Marion Counties are participating in this Settlement.

**Who is included?**

You are included as a Class Member if you owned, inherited, or held an interest in property foreclosed on by Columbia, Jackson or Marion County between October 23, 2017, and June 7, 2024, or by Baker County between September 7, 2018, and June 7, 2024, and if there are Surplus Proceeds or Surplus Equity associated with the property. (Common examples of interests in real property include ownership, mortgage interests, and other types of liens.) If the original owner or interest holder is deceased or no longer exists, then heirs or successors are included as Class Members.

**What does the Settlement provide?**

Defendants have agreed to pay the amount of **$4,919,409.99**. That amount may increase if any of the Defendants sell additional foreclosed properties before the deadline for Class Members to submit Claims. This amount represents 100% of the Surplus Proceeds that Defendants obtained from their sales of most Eligible Properties, plus applicable interest. For most Eligible Properties that the Defendants have not sold before the deadline for Class Members to submit Claims, they will continue to try to sell those properties and make any Surplus Proceeds available to the former owners. For a small number of properties in Columbia County—those with assessed values of $1,100 or less that have not yet sold—the former owners may, at Columbia County's option, be entitled to a *pro-rata* share of a one-time payment of $3,000 from Columbia County.

Each Class Member who submits an Eligible Claim related to a property that one of the Defendants has sold will receive a Settlement payment from the Settlement Fund based on the Class Member's *pro-rata* share of the Settlement Fund, after deducting attorneys' fees, expenses, and service awards to class representatives. In the case of the small number of low-value Columbia County properties, if Columbia County elects to make a one-time payment of $3,000, each Class Member who submits an Eligible Claim related to such property will receive a *pro-rata* share of the $3,000. If more than one valid Claim is made for a property, the total amount available to pay Claims connected with that property will be the share of the proceeds associated with that property. The total amount of the Settlement payment to be paid to each claimant cannot be calculated until all Claims have been submitted and validated.

The Settlement Fund also will be used to pay for administration of the Settlement, including notice and claims administration costs. Class Counsel intends to ask the Court to award them attorneys' fees in an amount that will not exceed 25% of the Settlement Fund.

<div align="center"><b>The deadline to submit a Claim is 11:59 p.m. PT on Monday, November 30, 2026</b>.</div>

**What are your rights?**

- **File a Claim:** You must complete and submit a Claim to qualify for a payment under the Settlement. You may file your Claim online here or download a Claim form at **www.OregonTaxForeclosure.com**. If you submit by U.S. mail, Claim forms should be sent to *Oregon Tax Foreclosure Settlement* c/o Kroll Settlement Administration LLC, P.O. Box 225391, New York, NY 10150-5391. **Claims must be submitted by 11:59 p.m. PT on Monday, November 30, 2026**. [Commented [AS1]: Insert link to online form]
- **Do Nothing:** If you do nothing, you will **not** receive money, but you will be legally bound by decisions of the Court and will give up any right to sue for the claims resolved by this Settlement.
- **Opt Out:** If you do not want to be bound by the Settlement, **you must exclude yourself by Monday, September 14, 2026.**
- **Object:** You may submit an objection and explain why you do not like the Settlement. You may still participate in the Settlement by filing a Claim. **Objections must be filed with the Clerk of the Court (postmarked) by Monday, September 14, 2026.**

**The Court has appointed Class Counsel to act on behalf of the Class. You have the right to retain your own counsel at your own expense.**

Complete instructions on how to file a Claim, opt out, or object can be found at **www.OregonTaxForeclosure.com** or by calling **(833) 930-0987.**

**When is the Fairness Hearing?**
The Court will hold a hearing on **September 17, 2026**, at **3:00 p.m. PT** at the United States District Court for the District of Oregon, 1000 SW 3rd Ave, Portland, Oregon 97204 to hear any objections, determine if the Settlement is fair, and to consider Class Counsel's request for attorneys' fees and expenses. The total amount cannot be calculated until all Claims have been submitted and validated. The motion for attorneys' fees and expenses will be posted to the Settlement website after it is filed. Class Members may attend the Fairness Hearing, but they aren't required to.

*This is only a summary*. If you have questions, need to update your address, or want more information about this lawsuit, the Settlement, and your rights under the Settlement, visit **www.OregonTaxForeclosure.com**, call **(833) 930-0987**, or write to: *Oregon Tax Foreclosure Settlement,* c/o Kroll Settlement Administration LLC, P.O. Box 225391, New York, NY 10150-5391.

<div align="center">Please monitor https://<b>www.OregonTaxForeclosure.com</b>/ for updates or call <b>(833) 930-0987</b>.

This email was sent to you because you are a Settlement Class Member. Unsubscribe [Commented [AS2]: Link to unsubscribe]

Please do not reply to this email, it is sent from an unmonitored mailbox.</div>

# Exhibit C

**Lynch v. Baker County Settlement**

**Banner Ads**




# Exhibit D

# If you owned, inherited, or held an interest in property that was foreclosed on for non-payment of property taxes in Columbia County, Jackson County, or Marion County, between October 23, 2017 and June 7, 2024, or in Baker County between September 7, 2018 and June 7, 2024, you could be eligible for money from a Settlement

---

NEWS PROVIDED BY

**Kroll Settlement Administration LLC →**
Jul 16, 2026, 10:00 ET

---

PHILADELPHIA, July 16, 2026 /PRNewswire/ -- The following statement is being issued by Kroll Settlement Administration LLC regarding *Gabbert v. Josephine County* and *Baker v. Baker County*.

A proposed Settlement in class action lawsuits called *Gabbert et al. v. Josephine County, et al.*, Case No. 1:23-cv-01434-IM, and *Baker v. Baker County*, Case No. 2:24-cv-01503-IM, is pending in the United States District Court for the District of Oregon. These class action lawsuits allege that many counties in Oregon violated the rights of real property owners or their heirs by failing to pay to the former owners or other interest holders the equity in their tax-foreclosed properties that exceeded the unpaid taxes, fees, and other costs associated with those properties. These claims have become known as Surplus Proceeds or surplus-equity claims. Only Baker, Columbia, Jackson, and Marion Counties are participating in this Settlement.

You are included as a Class Member if you owned, inherited, or otherwise held an interest in real property foreclosed on and sold, donated, transferred, or retained by Baker County between September 7, 2018 and June 7, 2024, or by Columbia, Jackson, or Marion Counties, between October 23, 2017 and June 7, 2024. (Common examples of interests in real property include ownership, mortgage interests, and other types of liens.) If the original owner or interest holder is deceased or no longer exists, then heirs or successors are included as Class Members.

Each Class Member who submits an Eligible Claim will receive a payment of the surplus from the tax-foreclosed property. The total amount of a claim cannot be calculated until all claims have been submitted and validated. Each county has agreed to pay 100% of the Surplus Proceeds obtained from most Eligible Properties that were sold, plus applicable interest. For most Eligible Properties that the counties have not sold, they will continue to try to sell those properties and make any surplus proceeds available to the former owners. For a small number of Eligible Properties in Columbia County that are valued at $1,100 or less and that the county has not yet sold, the former owners may be entitled to a *pro-rata* share of a one-time payment from the county of $3,000.

The total Settlement Fund is $4,919,409.99. That amount may increase if any of the counties mentioned above sell additional foreclosed properties before the deadline for Class Members to submit Claims. The Settlement Fund will cover payments for Eligible Claims, the costs of administering the Settlement, and attorneys' fees which will not exceed 25% of the Settlement Fund. Class Members do not need to pay anything to participate in the Settlement.

**What are your rights and options?**

- **File a Claim**: The only way to qualify for a payment under the Settlement. You may file your Claim at **www.OregonTaxForeclosure.com** or submit one by U.S. mail to the Settlement Administrator at the address below. **Claims must be postmarked by 11:59 p.m. PT on November 30, 2026**.
- **Do Nothing**: If you do nothing, you will **not** receive money, but you will be legally bound by decisions of the Court and will give up any right to sue for the claims resolved by this Settlement.
- **Opt Out**: If you do not want to be bound by the Settlement, **you must exclude yourself by September 14, 2026**.
- **Object**: You may file an objection with the Clerk of Court and explain why you do not like the Settlement. You may still participate in the Settlement by filing a Claim. **Objections must be filed by September 14, 2026**.

**The Court has appointed Class Counsel to act on behalf of the Class. You have the right to retain your own counsel at your own expense.**

The Court will hold a hearing on **September 17, 2026**, at **3:00 p.m. PT** at the United States District Court for the District of Oregon, 1000 SW 3rd Ave, Portland, Oregon 97204 to hear any objections, to determine if the Settlement is fair, and to consider Class Counsel's request for attorneys' fees and expenses. The motion for attorneys' fees and expenses will be posted to the Settlement website after it is filed. Class Members may attend the Fairness Hearing, but they aren't required to.

*This is only a summary.* For more information visit **www.OregonTaxForeclosure.com,** call **(833) 930-0987** or write to: *Oregon Tax Foreclosure Settlement*, c/o Kroll Settlement Administration LLC, P.O. Box 225391, New York, NY 10150-5391.

SOURCE Kroll Settlement Administration LLC

**Press Release Pick-Up Report**

| Outlet Name | Location | Source Type | Media Type | Potential Audience |
|---|---|---|---|---|
| Your Oregon News | United States | Newspaper | Online | Not Available |
| Woodburn Independent | United States | Newspaper | Online | Not Available |
| Winchester Sun | United States | Newspaper | Online | 30,864 |
| Wilsonville Spokesman | United States | Newspaper | Online | Not Available |
| Wheatland Sun | United States | Newspaper | Online | Not Available |
| West Valley City Journal | United States | Newspaper | Online | 493 |
| West Linn Tidings | United States | Newspaper | Online | Not Available |
| West Jordan Journal | United States | Newspaper | Online | 796 |
| Washington City Paper [Washington, DC] | United States | Newspaper | Online | 922 |
| Wallowa County Chieftain | United States | Newspaper | Online | Not Available |
| VYRE Business News Global | United States | online news sites & other influencers | Online | 381 |
| VYRE Business News Global | United States | online news sites & other influencers | Online | 381 |
| VYRE Business News Global | United States | online news sites & other influencers | Online | 381 |
| Valley Times | United States | Newspaper | Online | Not Available |
| Valdosta-Daily Times | United States | Newspaper | Online | 56,059 |
| Union-Recorder | United States | Newspaper | Online | 21,859 |
| Toti.com | United States | Newspaper | Online | 514 |
| Times of the Islands | United States | Newspaper | Online | 157 |
| Times of San Diego | United States | Newspaper | Online | 1,676 |
| Tifton Gazette | United States | Newspaper | Online | 105 |
| Thomasville Times-Enterprise | United States | Newspaper | Online | Not Available |
| TheStreet | Global | financial news service | Online | 146 |
| The Tryon Daily Bulletin | United States | Newspaper | Online | 19,500 |
| The State Journal | United States | Newspaper | Online | 31,130 |
| The Post-Searchlight | United States | Newspaper | Online | 8,926 |
| The Pioneer | United States | Newspaper | Online | 259 |
| The Panolian | United States | Newspaper | Online | 6,283 |
| The Oxford Eagle | United States | Newspaper | Online | 22,106 |
| The Outlook, Gresham, Oregon | United States | Newspaper | Online | Not Available |
| The News Courier | United States | Newspaper | Online | Not Available |
| The Madras Pioneer | United States | Newspaper | Online | Not Available |
| The La Grande Observer | United States | Newspaper | Online | Not Available |
| The Interior Journal | United States | Newspaper | Online | 3,024 |
| The Farmville Herald | United States | Newspaper | Online | 29,176 |
| The Daily News | United States | Newspaper | Online | 7,643 |
| The Daily Leader | United States | Newspaper | Online | 52,118 |
| The Daily Iberian | United States | Newspaper | Online | Not Available |
| The Daily Astorian | United States | Newspaper | Online | Not Available |
| The Cullman Times | United States | Newspaper | Online | Not Available |
| The Clemmons Courier | United States | Newspaper | Online | 1,351 |
| The Chillicothe Hometown Voice | United States | Newspaper | Online | 775 |
| The Charlotte Gazette | United States | Newspaper | Online | 3,444 |
| The Bulletin | United States | Newspaper | Online | Not Available |
| The Bee News | United States | Newspaper | Online | Not Available |
| The Auburn Sentinel | United States | Newspaper | Online | Not Available |
| The AI Journal | Uk | online news sites & other influencers | Online | 166,692 |
| The Advocate-Messenger | United States | Newspaper | Online | 9,716 |
| Territorial Dispatch | United States | Newspaper | Online | Not Available |
| Tech Social Net | United States | online news sites & other influencers | Online | 2,359 |
| TDS Magazine | United States | Magazine | Online | 230 |
| Taylorsville Journal | United States | Newspaper | Online | 370 |
| Taos News | United States | Newspaper | Online | 363 |
| Sugar House Journal | United States | Newspaper | Online | 675 |
| Stock Option News | Global | online news sites & other influencers | Online | Not Available |
| St. Claire News-Aegis | United States | Newspaper | Online | 3,998 |
| South Valley Journal | United States | Newspaper | Online | 150 |
| South Salt Lake Journal | United States | Newspaper | Online | 477 |
| South Jordan Journal | United States | Newspaper | Online | 766 |
| Seaside Signal | United States | Newspaper | Online | Not Available |
| Sandy Post | United States | Newspaper | Online | Not Available |
| Sandy Journal | United States | Newspaper | Online | 640 |
| Salisbury Post | United States | Newspaper | Online | 51,399 |
| Sacramento Oracle | United States | Newspaper | Online | Not Available |
| RSW Living Magazine [Sanibel, FL] | United States | Newspaper | Online | 765 |
| Rogue Valley Times | United States | Newspaper | Online | Not Available |
| Redmond Spokesman | United States | Newspaper | Online | Not Available |
| Racine County Eye | United States | Newspaper | Online | Not Available |
| QuietFluence | United States | business/company site | Online | Not Available |
| Prentiss Headlight | United States | Newspaper | Online | 999 |
| PR Newswire | Global | PR Newswire | Online | 3,159,555 |
| Portland Tribune | United States | Newspaper | Online | Not Available |
| Port Arthur News | United States | Newspaper | Online | 11,385 |
| Picayune Item | United States | Newspaper | Online | 12,530 |

**Press Release Pick-Up Report**

| Outlet Name | Location | Source Type | Media Type | Potential Audience |
|---|---|---|---|---|
| Parish News [New Orleans, LA] | United States | Newspaper | Online | Not Available |
| Oregon City News | United States | Newspaper | Online | Not Available |
| Orange Leader | United States | Newspaper | Online | 6,242 |
| Norwood Town News | United States | Newspaper | Online | 364 |
| Norfolk & Wrentham News | United States | Newspaper | Online | 640 |
| NewsBlaze US | United States | online news sites & other influencers | Online | 6,402 |
| Newberg Graphic | United States | Newspaper | Online | Not Available |
| Natick Town News | United States | Newspaper | Online | 543 |
| Nano Cap Stock Picks | Global | online news sites & other influencers | Online | Not Available |
| Murray Journal | United States | Newspaper | Online | 413 |
| Moultrie Observer | United States | Newspaper | Online | Not Available |
| Morningstar | Global | financial data, research & analytics | Online | 4,635,085 |
| Milwaukie Review | United States | Newspaper | Online | Not Available |
| Millcreek Journal | United States | Newspaper | Online | 374 |
| Milford Free Press | United States | Newspaper | Online | Not Available |
| Midvale Journal | United States | Newspaper | Online | 656 |
| Middlesboro News | United States | Newspaper | Online | 3,995 |
| MicroCap Stocks | Global | online news sites & other influencers | Online | Not Available |
| Meridian Star | United States | Newspaper | Online | Not Available |
| Mega Cap Stock Picks | Global | online news sites & other influencers | Online | Not Available |
| Medway & Millis News | United States | Newspaper | Online | 593 |
| MB News | United States | Newspaper | Online | 551 |
| Magnolia State Live | United States | Newspaper | Online | 2,153 |
| Magnificent Seven Stocks | Global | online news sites & other influencers | Online | Not Available |
| Leesville Leader | United States | Newspaper | Online | 993 |
| Latin Business Today | United States | online news sites & other influencers | Online | 2,130 |
| Lake Oswego Review | United States | Newspaper | Online | Not Available |
| Lake Oconee Breeze | United States | Newspaper | Online | 611 |
| L'Observateur | United States | Newspaper | Online | 8,217 |
| Kenbridge Victoria Dispatch | United States | Newspaper | Online | 1,963 |
| K Pratcher Media | United States | business/company site | Online | 377 |
| Jessamine Journal | United States | Newspaper | Online | 3,589 |
| Janus Web3 | United States | blog | Online | 273 |
| IT Tech Pulse by Demand Media BPM | United States | online news sites & other influencers | Online | 3,713 |
| IT News Online | India | trade publications | Online | 613 |
| Ironton Tribune | United States | Newspaper | Online | 28,239 |
| InvestorIdeas | Global | online news sites & other influencers | Online | Not Available |
| Idaho Enteprise | United States | Newspaper | Online | Not Available |
| Hopedale Town News | United States | Newspaper | Online | 538 |
| Holliston Town News | United States | Newspaper | Online | 413 |
| Holladay Journal | United States | Newspaper | Online | 911 |
| Hillsboro Tribune | United States | Newspaper | Online | Not Available |
| Herriman Journal | United States | Newspaper | Online | 526 |
| Hermiston Herald | United States | Newspaper | Online | Not Available |
| Herald Pioneer | United States | Newspaper | Online | Not Available |
| Hattiesburg.com | United States | online news sites & other influencers | Online | 300 |
| Harlan Enterprise | United States | Newspaper | Online | 106 |
| Gulf & Main Magazine | United States | Newspaper | Online | 186 |
| Gridley Herald | United States | Newspaper | Online | Not Available |
| GoInvest.com | Global | online news sites & other influencers | Online | Not Available |
| Global Corporate Giants | Global | online news sites & other influencers | Online | Not Available |
| Franklin Town News | United States | Newspaper | Online | 492 |
| Forest Grove News-Times | United States | Newspaper | Online | Not Available |
| Forefront Media News | United States | online news sites & other influencers | Online | 290 |
| Fayetteville Connect | United States | Newspaper | Online | 810 |
| FACE Magazine | United States | Newspaper | Online | 103 |
| Eye on Dunn County | United States | Newspaper | Online | Not Available |
| EV Stock Picks | Global | online news sites & other influencers | Online | Not Available |
| Estacada News | United States | Newspaper | Online | Not Available |
| ESG Stock Info | Global | online news sites & other influencers | Online | Not Available |
| eNews Park Forest | United States | Newspaper | Online | 387 |
| Energy Stock Info | Global | online news sites & other influencers | Online | Not Available |
| Elizabethton Star | United States | Newspaper | Online | 13,970 |
| East Oregonian | United States | Newspaper | Online | Not Available |
| Draper Journal | United States | Newspaper | Online | 195 |
| Dividend Stock News | Global | online news sites & other influencers | Online | Not Available |
| Digital Conqurer | Global | online news sites & other influencers | Online | 2,026 |
| Davie County Enterprise Record | United States | Newspaper | Online | 13,445 |
| Dalton Daily Citizen | United States | Newspaper | Online | Not Available |
| Cottonwood Heights Journal | United States | Newspaper | Online | 380 |
| Cordele Dispatch | United States | Newspaper | Online | 1,177 |
| Connect Iredell | United States | Newspaper | Online | 521 |
| Columbia County Spotlight | United States | Newspaper | Online | Not Available |

**Press Release Pick-Up Report**

| Outlet Name | Location | Source Type | Media Type | Potential Audience |
|---|---|---|---|---|
| Columbia Business Monthly | United States | Newspaper | Online | 650 |
| Claiborne Progress | United States | Newspaper | Online | 3,847 |
| City Journals | United States | Newspaper | Online | 470 |
| Chinook Observer | United States | Newspaper | Online | Not Available |
| ChineseWire | United States | online news sites & other influencers | Online | 1,004 |
| Chester County Press | United States | Newspaper | Online | 692 |
| Central Oregonian | United States | Newspaper | Online | Not Available |
| CBS Lake Charles | United States | Newspaper | Online | 348 |
| Capital Press | United States | Newspaper | Online | 63,054 |
| Cape Coral Living Magazine | United States | Newspaper | Online | 458 |
| California Business Journal | United States | online news sites & other influencers | Online | 10,539 |
| Business Class News | United States | blog | Online | 91 |
| Business Chief | Uk | online news sites & other influencers | Online | 52,106 |
| Boreal Community Media | United States | Newspaper | Online | 78 |
| Bonita & Estero Magazine | United States | Newspaper | Online | 318 |
| Bluegrass Live | United States | Newspaper | Online | 512 |
| Blue Mountain Eagle | United States | Newspaper | Online | Not Available |
| Benzinga | United States | online news sites & other influencers | Online | 2,162,563 |
| Beaverton Valley Times | United States | Newspaper | Online | Not Available |
| Beauregard News | United States | Newspaper | Online | 2,713 |
| Baker City Herald | United States | Newspaper | Online | Not Available |
| Augusta Business Daily | United States | Newspaper | Online | Not Available |
| Ashland Town News | United States | Newspaper | Online | 986 |
| Americus Times-Recorder | United States | Newspaper | Online | 9,548 |
| American Press | United States | Newspaper | Online | 46,097 |
| American Chamber of eCommerce | United States | online news sites & other influencers | Online | 6,370 |
| AI Stock Info | Global | online news sites & other influencers | Online | Not Available |
| ADR Stock Picks | Global | online news sites & other influencers | Online | Not Available |
| SG Thumbtack Investor | Singapore | blog | Online | 290 |

# Exhibit E



## PUBLIC NOTICES    PUBLIC NOTICES    PUBLIC NOTICES

### LEGAL NOTICE

**If you owned, inherited, or held an interest in property that was foreclosed on in Yamhill County for non-payment of property taxes, between October 12, 2017, and May 8, 2026, you could be eligible for money from a Settlement.**

This Summary Notice ("Notice") is authorized by a federal court to advise you that you could be a potential Class Member or an heir of a Class Member. You may be entitled to participate in the proposed Settlement. Your rights and options are detailed in this Notice, along with deadlines to act.

**What is this about?**

A proposed Settlement in a class action lawsuit called *Martin Lynch, et al. v. Multnomah County, et al.*, Case No. 3:23-cv-01502, pending in the United States District Court for the District of Oregon. This class action lawsuit alleges that many counties in Oregon violated the rights of property owners or heirs by failing to pay to the former owners or other interest holders the equity in their tax-foreclosed properties that exceeded the unpaid taxes, fees, and other costs associated with those properties. These claims have become known as Surplus Proceeds or surplus-equity claims. Only Yamhill County is participating in this Settlement.

**Who is included?**

You are included as a Class Member if you owned, inherited, or held an interest in property foreclosed on and sold, donated or transferred by Yamhill County between October 12, 2017, and May 8, 2026. (Common examples of interests in real property include ownership, mortgage interests, and other types of liens.) If the original owner or interest holder is deceased or no longer exists, then heirs or successors are included as Class Members.

**What does the Settlement provide?**

Each Class Member who submits an Eligible Claim will receive a payment of the surplus from the tax-foreclosed property. Under the Settlement Agreement, Class Members may submit Claims regarding the surplus equity in retained properties in the same manner as properties that have been sold. Yamhill County has agreed to pay 100% of the Surplus Proceeds obtained from most Eligible Properties that were sold, plus applicable interest, fees, and Administration Costs. The total Settlement Fund is $179,470.18. The Settlement Fund will cover payments to Class Members who submit Eligible Claims, the costs of administering the Settlement, and attorneys' fees which will not exceed 25% of the Settlement Fund. Class Members do not need to pay anything to participate in the Settlement. **The deadline to submit a Claim is 11:59 p.m. PT on November 30, 2026.**

**What are your rights?**

- **File a Claim**: You must complete and submit a Claim to qualify for a payment under the Settlement. You may file your Claim online or download a Claim Form at **www.YamhillTaxForeclosureSettlement.com**. If you submit by U.S. mail, Claim Forms should be sent to *Lynch v. Yamhill County*, c/o Kroll Settlement Administration LLC, P.O. Box 225391, New York, NY 10150-5391. **Claims must be postmarked by 11:59 p.m. on November 30, 2026.**
- **Do Nothing**: If you do nothing, you will **not** receive money, but you will be legally bound by decisions of the Court and will give up any right to sue for the claims resolved by this Settlement.
- **Opt Out**: If you do not want to be bound by the Settlement, **you must exclude yourself by Monday, September 14, 2026.**
- **Object**: You may file an objection with the Clerk of Court and explain why you do not like the Settlement. You may still participate in the Settlement by filing a Claim. **Objections must be filed by Monday, September 14, 2026.**

**The Court has appointed Class Counsel to act on behalf of the Class. You have the right to retain your own counsel at your own expense.**

**When is the Fairness Hearing?**

The Court will hold a hearing on **September 17, 2026**, at **3:30 p.m. PT** at the **United States District Court for the District of Oregon, 1000 SW 3rd Ave, Portland, Oregon** to hear any objections, determine if the Settlement is fair, and to consider Class Counsel's request for attorney's fees and expenses. The total amount cannot be calculated until all Claims have been submitted and validated. The motion for attorneys' fees and expenses will be posted to the Settlement website after it is filed. Class Members may attend the Fairness Hearing, but they aren't required to.

*This is only a summary.* For complete instructions on how to file a Claim, opt out, or object, or if you have questions or want more information about this lawsuit, the Settlement, and your rights under the Settlement, visit **www.YamhillTaxForeclosureSettlement.com**, call **(833) 930-0567** or write to: *Lynch v. Yamhill County*, c/o Kroll Settlement Administration LLC, P.O. Box 225391, New York, NY 10150-5391.

11108666-01

### LEGAL NOTICE

**If you owned, inherited, or held an interest in property that was foreclosed on in Washington County for non-payment of property taxes, between October 12, 2017 and December 31, 2025, you may be entitled to a payment from a class action settlement.**

This Notice is authorized by a federal Court to advise you that you could be a potential Class Member or an heir of a Class Member. You may be entitled to participate in the proposed Settlement. Your rights and options are detailed in this Notice, along with deadlines to act.

**What is this about?**

A proposed Settlement in a class action lawsuit called *Almorn Brackett v. Washington County*, Case No. 3:26-cv-00554-IM, pending in the United States District Court for the District of Oregon. This class action lawsuit alleges that many counties in Oregon violated the rights of property owners or heirs by failing to pay to the former owners or other interest holders the equity in their tax-foreclosed properties that exceeded the unpaid taxes, fees, and other costs associated with those properties. These claims have become known as "Surplus-Proceeds Claims" or "Surplus-Equity Claims." Only Washington County is participating in this Settlement.

**Who is included?**

You are included as a Class Member if you owned, inherited, or held an interest in property foreclosed on and sold, donated, transferred, or retained by Washington County between October 12, 2017 and December 31, 2025. (Common examples of interests in real property include ownership, mortgage interests, and other types of liens.) If the original owner or interest holder is deceased or no longer exists, then heirs or successors are included as Class Members.

**What does the Settlement provide?**

Each Class Member who submits a valid Claim will receive a payment of the surplus from the tax-foreclosed property. The total amount of a Claim cannot be calculated until all Claims have been submitted and validated. Washington County has agreed to pay 100% of the Surplus Proceeds obtained from most eligible properties that were sold, and 80% of the Surplus Equity from most eligible properties that were retained or transferred by Washington County, plus applicable interest, fees, and administration costs. The total Settlement Fund is $1,500,000.00. The Settlement Fund will cover payments to Class Members who submit valid Claims, the costs of administering the Settlement, and attorneys' fees which will not exceed 30% of the Settlement Fund. Class Members do not need to pay anything to participate in the Settlement. **The deadline to submit a Claim is 11:59 p.m. PT on November 30, 2026.**

**What are your rights?**

- **File a Claim**: You must complete and submit a Claim to qualify for a payment under the Settlement. You may file your Claim online or download a Claim Form at **www.WashingtonForeclosureSettlement.com**. If you submit by U.S. mail, Claim Forms should be sent to *Brackett v. Washington County*, c/o Kroll Settlement Administration LLC, P.O. Box 225391, New York, NY 10150-5391. **Claims must be postmarked by 11:59 p.m. PT on November 30, 2026.**
- **Do Nothing**: If you do nothing, you will **not** receive money, but you will be legally bound by decisions of the Court and will give up any right to sue for the claims resolved by this Settlement.
- **Opt Out**: If you do not want to be bound by the Settlement, **you must exclude yourself by September 14, 2026.**
- **Object**: You may file an objection with the Clerk of the Court and explain why you do not like the Settlement. You may still participate in the Settlement by filing a Claim. **Objections must be filed by September 14, 2026.**

**The Court has appointed Class Counsel to act on behalf of the Class. You have the right to retain your own counsel at your own expense.**

**When is the Fairness Hearing?**

The Court will hold a hearing on **September 17, 2026 at 2:30 p.m. PT** at the United States District Court for the District of Oregon, 1000 SW Third Ave., Portland, OR 97204 to hear any objections, determine if the Settlement is fair, and to consider Class Counsel's request for attorney's fees and expenses. The total amount cannot be calculated until all Claims have been submitted and validated. The motion for attorneys' fees and expenses will be posted to the Settlement website after it is filed. Class Members may attend the Hearing, but they aren't required to.

*This is only a summary.* For complete instructions on how to file a Claim, opt out, or object, or if you have questions or want more information about this lawsuit, the Settlement, and your rights under the Settlement, visit **www.WashingtonForeclosureSettlement.com**, call **(833) 930-1147** or write to: *Brackett v. Washington County*, c/o Kroll Settlement Administration LLC, P.O. Box 225391, New York, NY 10150-5391.

11108671-01

### LEGAL NOTICE

**If you owned, inherited, or held an interest in property that was foreclosed on for non-payment of property taxes in Columbia County, Jackson County, or Marion County, between October 23, 2017 and June 7, 2024, or in Baker County between September 7, 2018 and June 7, 2024, you could be eligible for money from a Settlement.**

This Class Notice ("Notice") is authorized by a federal court to advise you that you could be a potential Class Member or an heir of a Class Member. You may be entitled to participate in the proposed Settlement. Your rights and options are detailed in this Notice, along with deadlines to act.

**What is this about?**

A proposed Settlement in class action lawsuits called *Gabbert et al. v. Josephine County, et al.*, Case No. 1:23-cv-01434-IM, and *Baker v. Baker County*, Case No. 2:24-cv-01503-IM, is pending in the United States District Court for the District of Oregon. These class action lawsuits allege that many counties in Oregon violated the rights of real property owners or their heirs by failing to pay to the former owners or other interest holders the equity in their tax-foreclosed properties that exceeded the unpaid taxes, fees, and other costs associated with those properties. These claims have become known as Surplus Proceeds or surplus-equity claims. Only Baker, Columbia, Jackson, and Marion Counties are participating in this Settlement.

**Who is included?**

You are included as a Class Member if you owned, inherited, or otherwise held an interest in real property foreclosed on and sold, donated, transferred, or retained by Baker County between September 7, 2018 and June 7, 2024, or by Columbia County, Jackson County, or Marion County, between October 23, 2017 and June 7, 2024. (Common examples of interests in real property include ownership, mortgage interests, and other types of liens.) If the original owner or interest holder is deceased or no longer exists, then heirs or successors are included as Class Members.

**What does the Settlement provide?**

Each Class Member who submits an Eligible Claim will receive a payment of the surplus from the tax-foreclosed property. The total amount of a claim cannot be calculated until all claims have been submitted and validated. Each county has agreed to pay 100% of the Surplus Proceeds obtained from most Eligible Properties that were sold, plus applicable interest. For most Eligible Properties that the counties have not sold, they will continue to try to sell those properties and make any surplus proceeds available to the former owners. For a small number of Eligible Properties in Columbia County that are valued at $1,100 or less and that the county has not yet sold, the former owners may be entitled to a *pro-rata* share of a one-time payment from the county of $3,000.

The total Settlement Fund is $4,919,409.99. That amount may increase if any of the counties mentioned above sell additional foreclosed properties before the deadline for Class Members to submit Claims. The Settlement Fund will cover payments to Class Members who submit Eligible Claims, the costs of administering the Settlement, and attorneys' fees which will not exceed 25% of the Settlement Fund. Class Members do not need to pay anything to participate in the Settlement. **The deadline to submit a Claim is 11:59 p.m. PT on November 30, 2026.**

**What are your rights and options?**

- **File a Claim**: You must complete and submit a Claim to qualify for a payment under the Settlement. You may file your Claim online or download a Claim Form at **www.OregonTaxForeclosure.com**. If you submit by U.S. mail, Claim Forms should be sent to *Oregon Tax Foreclosure Settlement, c/o Kroll Settlement Administration LLC, P.O. Box 225391, New York, NY 10150-5391*. **Claims must be postmarked by 11:59 p.m. PT on November 30, 2026.**
- **Do Nothing**: If you do nothing, you will **not** receive money, but you will be legally bound by decisions of the Court and will give up any right to sue for the claims resolved by this Settlement.
- **Opt Out**: If you do not want to be bound by the Settlement, **you must exclude yourself by September 14, 2026.**
- **Object**: You may file an objection with the Clerk of Court and explain why you do not like the Settlement. You may still participate in the Settlement by filing a Claim. **Objections must be filed by September 14, 2026.**

**The Court has appointed Class Counsel to act on behalf of the Class. You have the right to retain your own counsel at your own expense.**

**When is the Fairness Hearing?**

The Court will hold a hearing on **September 17, 2026**, at **3:00 p.m. PT** at the United States District Court for the District of Oregon, 1000 SW 3rd Ave, Portland, Oregon 97204 to hear any objections, to determine if the Settlement is fair, and to consider Class Counsel's request for attorneys' fees and expenses. The total amount of a Claim cannot be calculated until all Claims have been submitted and validated. The motion for attorneys' fees and expenses will be posted to the Settlement website after it is filed. Class Members may attend the Fairness Hearing, but they aren't required to.

*This is only a summary.* For complete instructions on how to file a Claim, opt out, or object, or if you have questions, need to update your address, or want more information about this lawsuit, the Settlement, and your rights under the Settlement, visit **www.OregonTaxForeclosure.com**, call **(833) 930-0987** or write to: *Oregon Tax Foreclosure Settlement, c/o Kroll Settlement Administration LLC, P.O. Box 225391, New York, NY 10150-5391*.

11108672-01

---

**ALWAYS ON OREGONLIVE**

# MARKETPLACE

AUTOMOTIVE | EMPLOYMENT | LEGAL NOTICES | MERCHANDISE | PETS | REAL ESTATE & RENTALS

**PLACE YOUR CLASSIFIED ADS** Monday-Friday, 8:00am-5:30pm
503-221-8000 • 1-800-221-4488 • OREGONLIVE.COM/PlaceAd

## PUBLIC NOTICES

STATE OF SOUTH CAROLINA )   IN THE FAMILY COURT
                    ) SIXTEENTH JUDICIAL CIRCUIT
COUNTY OF YORK      )

Madison L.H. Yates, Plaintiff Vs. Shane A. Mayfield, Defendant

Docket Number 2026-DR-46-548

TO THE DEFENDANT:

**SUMMONS**

**YOU ARE HEREBY SUMMONED AND REQUIRED** to answer the complaint in the above-entitled action, a copy of which is herewith served upon you; to appear and defend the action; and to serve a copy of your answer upon the subscriber at Post Office Box 12323, Rock Hill, South Carolina, 29731 within thirty (30) days from the date of service.

**NOTICE OF REGISTRATION OF OUT OF STATE CUSTODY ORDER**

**YOU ARE NOTIFIED,** an out-of-state child custody order has been registered in the York County Clerk of Court's office. Pursuant to S.C. Code of Laws Ann 63-15-358(c), you are being notified of the following

1. As a registered order, the out of state custody order is enforceable as of March 26, 2026 in the same manner as a child custody order issued by a court of this State.

2. If you wish to contest the validity of this registration, you must contact the York County Clerk of Court's office to request a hearing within twenty days after service of this notice. The York County Clerk of Court is located at 1555 W. Main Street, Rock Hill, SC 29730.

3. If you do not contest this registration within twenty days as specified above, the out of state custody order will be confirmed by the family court. Once the registration is confirmed, you will not be able to contest the registration to any matter that you could have asserted within the twenty day period.

Respectfully Submitted,
DUNCAN AND NOBLES

S/B James David Duncan
Duncan and Nobles
Attorney for Plaintiff
306 Oakland Avenue
PO Box 12323
Rock Hill, South Carolina 29731
O 803.366.6633
July 10, 2026
james@duncanandnobles.com



# SERVICE GUIDE

**Your Local Guide to Professional and Home Services**

To place an ad, call **503-221-8000**
or email us at **FeedBack@Oregonian.com**
Speak to a specialist Monday - Friday, 8:00am - 5:30pm

### HEALTH, FITNESS & WELLNESS

**SENIOR LIVING**
ADULT MEMORY CARE AND ADULT DAYCARE VACANCIES
Call 503-760-6675

## NEED A LITTLE EXTRA CASH??

Now is a good time to sell those unwanted items and earn a little extra cash. Classifieds can help you sell things you haven't used in years. Look through your attic, garage or closet. You might find something that could bring in the extra money you need!

**The Oregonian Classifieds**
**503-221-8000**
or
**OregonLive.com/placead**

### LANDSCAPING

**GENERAL YARD PROJECTS, LLC**
**971-421-4408**
Hauling, Gutter/Roof Cleaning, River Rock/Gravel Projects, Bark Dust, Sod, Blackberries, Trimming, Weeding, Downed Trees/ Limbs, Pressure Washing, Hedges, Juniper, Ivy/ Brush Removal, French Drainage, Junk -Trash Removal. We Do it All! All Areas/Registered/Insured FAMILLY OWNED SINCE 1999 Credit Cards • Paypal • Venmo

### PRESSURE WASHING

**POWER WASHING (503) 789-0926**

### ROOF CLEANING

**ROOF CLEANING CALL (503) 789-0926**


Get your funny fix. Read the comics on OREGONLIVE. OREGONLIVE.com/comics



## PUBLIC NOTICES GENERAL

### NOTICE OF SHERIFF'S SALE

On August 27, 2026, at the hour of 10:00 AM at the Washington County Sheriff's Office, Civil Unit, Second Floor, Room A-2070, 215 SW Adams Avenue, in the City of Hillsboro, Oregon, the defendant's interest will be sold, subject to redemption, in the real property commonly known as: 190 NE 28th Ave Hillsboro, Oregon.

The court case number is 25CV63252, where PENNYMAC LOAN SERVICES, LLC is plaintiff, and THE UNKNOWN HEIRS AND DEVISEES OF JAMES BERG; SUSAN L BERG; ALSO ALL OTHER PERSONS OR PARTIES UNKNOWN CLAIMING ANY RIGHT, TITLE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT HEREIN; AND ALL OTHER OCCUPANTS OF THE PROPERTY is defendant. The sale is a public auction to the highest bidder for cash or cashier's check, in hand, made out to Washington County Sheriff's Office. For more information on this sale go to: **http://oregonsheriffsales.org**

### PUBLIC NOTICE

The Port of Portland Police Department has in its physical possession the unclaimed personal property described below. If you have any ownership interest in any of that unclaimed property, you must file a claim with the Port of Portland Police Department within 30 days from the date of publication of this notice, or you will lose your interest in that property. Sufficient information regarding the details of the property to establish, with reasonable certainty, that the person claiming the property is the owner must be presented.

- Miscellaneous bicycles
- Miscellaneous electronic devices
- Miscellaneous music CD's
- Tools
- Jewelry items
- Miscellaneous Backpacks
- Various suitcases, duffel bags and gym bags
- Money (must be specific in time lost/amount, etc.)
- Auto accessories
- Miscellaneous musical instruments
- Miscellaneous handbags, briefcases and wallet accessories
- Various items of apparel (clothing, outer-wear, shoes)
- Books
- Keys

**Please contact:**
Port of Portland Police Department-Property Division
503-460-4703
Mail address:
7200 NE Airport Way
Portland, OR 97218


## RENTALS

### ROOMS

**Vancouver WA**
Looking for a roommate to occupy 1BR & Family room in a 3BR House. Must have references. $300 + 1.5 util. Call 360-903-1360

### SHARED HOUSING



**GATEWAY:** 1 person, quiet, W/D, kitchen, no pets, flexible lease, includes utils. MAX/Bus, shops. 503-254-6556

## MERCHANDISE FOR SALE

### HOBBIES & COLLECTORS

**COMIC Book Collections Wanted**
Local collector -
Thecomicbookbuyer.com
503-807-0050

### HEALTH CARE EQUIPMENT

**JAZZY POWER CHAIR w/Deluxe Seat**
Cost $4,500 will sell for $2,500 obo. Used only twice. Moved must sell. Have all papers. Only 20 miles on the charge. Call 973-615-7872 Roseberg

### MISC WANTED

**A #1 BUYER of TRAINS-TOYS**
Lionel, Flyer, Ives & others!
360-576-1602

**WE BUY**
1950's -1980's
Furniture & Furnishings, Mid Century Modern, Danish Modern. Teak, Rosewood, Chrome, Vinyl, Leather, Herman Miller, Knoll, and anything Unique or Unusual
**JUST CALL OR TEXT AND ASK!** Heath 503-484-8007


## AUTOMOTIVE

### TRAVEL TRAILERS

**NEVER BEEN USED**
2021 Primetime Avenger LT Camping Trailer 21ft. Extended transferable warranty until June 2026. Also roadside assistance until June 2026. $14,500. Contact John 503-747-7574 leave name & number if no answer.


# GARAGE & ESTATE SALES

ALWAYS ON **OREGONLIVE**

### GARAGE & ESTATE SALES

### SW PORTLAND

**GARAGE SALE DAY IN MULTNOMAH NEIGHBORHOOD** Over 135 garage sales in the Multnomah Neighborhood of SW Portland Sunday July 19, 2026! Most are 9am-2pm. Details: mnapdx.org/garage-sale-day



---

## WONDERWORD

By DAVID OUELLET

**HOW TO PLAY:** All the words listed below appear in the puzzle — horizontally, vertically, diagonally and even backward. Find them, circle each letter of the word and strike it off the list. The leftover letters spell the **WONDERWORD.**

**STREET CELEBRATIONS**

Solution: 5 letters

```
B B C O N C E S S I O N S E P
L I A C O M M U N I T Y C U U
M A R L U N L A V I N R A C B
A D V T L L O E P R E T Z E L
E O S I H O N I O K C O L B I
R O H O T D O G S I C E L R C
C H A D O S A N T S M I E A E
E R T R S W E Y S O E A S B L
C O S I T T E F N O C C U U I
I B E K A C A A D A O R O A M
N H T L O U D O O F N O R R S
I G N Y L E V I L N C B A C P
O I G O S D N E I R F E A C A
H E C C I N C I P A R T Y D R
T N E M N I A T R E T N E E K
```

© 2026 Andrews McMeel Syndication www.wonderword.com    7/16

Acrobat, Arcade, Balloons, Barbecue, Birthday, Block, Cake, Carnival, Carousel, City, Community, Concert, Concessions, Confetti, Contest, Costume, Entertainment, Festival, Floats, Food, Friends, Hot Dogs, Ice Cream, Lemonade, Lively, Loud, Music, Neighborhood, Night, Park, Party, Picnic, Pretzel, Procession, Public, Road, Smile, Soda, Vendors

Answer: Clown