# Ex. 1

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION**

| | |
|---|---|
| MATTHEW GABBERT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPHINE COUNTY, et al., <br><br> Defendants. <br><br>_____<br><br> JERRY BAKER, <br><br> Plaintiff, <br><br> v. <br><br> BAKER COUNTY, <br><br> Defendant. | Case No. 1:23-cv-01434-IM <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COST REIMBURSEMENTS, AND SERVICE AWARDS TO CLASS REPRESENTATIVES IN RELATION TO PROPOSED CLASS ACTION SETTLEMENT WITH DEFENDANTS BAKER, COLUMBIA, JACKSON, AND MARION COUNTIES** <br><br><br> Case No. 2:24-cv-01503-IM |

In light of the Settlement reached in these two consolidated actions, Plaintiffs Jerry Baker (Defendant Baker County); Michael Langshaw, Dallis Bowman, Melody Gibson, and Michelle Wend (Defendant Columbia County); Barbara Newkirk and Michael Newkirk (Defendant Jackson County); and David Arndt (Defendant Marion County), individually on behalf of themselves and the proposed Settlement Class, seek an award of attorneys' fees and expense reimbursements, as well as service awards for the above-named Class Representatives. Specifically, Plaintiffs seek an award of attorneys' fees equal to 25% of the Settlement Fund created by the Settlement with the above-named Defendants; reimbursement of out-of-pocket costs

and expenses in the amount of $12,146.28; and service awards of $10,000 to each of the eight above-named class representatives.

Upon consideration of Plaintiffs' Motion for Attorneys' Fees, Cost Reimbursements, and Service Awards in Relation to Proposed Class Action Settlement with Defendants Baker, Columbia, Jackson, and Marion Counties, and having heard argument regarding the motion at the Fairness Hearing conducted on September 17, 2026, the Court hereby orders and adjudges as follows:

1.     This Order incorporates by reference the definitions in the Settlement Agreement, *see* Lynch ECF 213-1 ¶ 1, and all capitalized terms used in this Order will have the same meanings as set forth in the Settlement Agreement, unless otherwise defined in this Order.

2.     Plaintiffs' Motion for Attorneys' Fees, Cost Reimbursements, and Service Awards to Class Representatives in Relation to Proposed Class Action Settlement with Defendants Baker, Columbia, Jackson, and Marion Counties is GRANTED.

3.     After the Effective Date, as defined in Paragraph 1.19 of the Settlement Agreement, Class Counsel shall be paid attorneys' fees in the amount of 25% of the Settlement Fund, as defined in Paragraphs 1.32 and 4.1–4.4 of the Settlement Agreement.

4.     After the Effective Date, Class Counsel shall be reimbursed for costs and expenses in the amount of $12,146.28 from the Settlement Fund.

5.      After the Effective Date, Class Representatives Jerry Baker, Michael Langshaw, Dallis Bowman, Melody Gibson, Michelle Wend, Barbara Newkirk, Michael Newkirk, David Arndt each shall be paid a service award in the amount of $10,000 from the Settlement Fund.

**IT IS SO ORDERED.**

Dated:

_____
HONORABLE KARIN J. IMMERGUT
United States District Judge

3