**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION**

| | |
|---|---|
| MATTHEW GABBERT, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>JOSEPHINE COUNTY, et al.,<br><br>          Defendants.<br><br>JERRY BAKER,<br><br>          Plaintiff,<br><br>     v.<br><br>BAKER COUNTY,<br><br>          Defendant. | Case No. 1:23-cv-01434-IM<br><br>**[PROPOSED] ORDER GRANTING *GABBERT* AND *BAKER* PLAINTIFFS' MOTION FOR LEAVE TO ISSUE SUPPLEMENTAL CLASS NOTICES**<br><br><br>Case No. 2:24-cv-01503-IM |

In these two consolidated actions, Plaintiffs Jerry Baker (Defendant Baker County); Michael Langshaw, Dallis Bowman, Melody Gibson, and Michelle Wend (Defendant Columbia County); Barbara Newkirk and Michael Newkirk (Defendant Jackson County); and David Arndt (Defendant Marion County), individually on behalf of themselves and the proposed Settlement Class, moved for leave to issue supplemental notice to the Class to address representations contained in materials that may have been distributed to Class Members by a non-party.

Upon consideration of the *Gabbert* and *Baker* Plaintiffs' Motion for Leave to Issue Supplemental Class Notice, *Lynch* ECF 235, the *Gabbert* and *Baker* Plaintiffs'

1

Notice of Amended Supplemental Notice, *Lynch* ECF 237, and all documents filed in support thereof, this Court **GRANTS** the Motion.

This Court finds that supplemental notice is appropriate. The Settlement Administrator is authorized to disseminate the Amended Supplemental Notice attached as Exhibit 1 to the *Gabbert* and *Baker* Plaintiffs' Notice of Amended Supplemental Notice, *Lynch* ECF 237-1, or a notice substantially similar thereto.

**IT IS SO ORDERED.**

Dated:

_____
HONORABLE KARIN J. IMMERGUT
United States District Judge