UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

MARTIN LYNCH, et al.,

Plaintiff,

v.

MULTNOMAH COUNTY, et al.,

Defendants.

Case No. 3:23-cv-01502-IM (lead case)

**ORDER GRANTING PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEY'S FEES, REIMBURSEMENT OF COSTS AND SERVICE AWARD TO THE CLASS REPRESENTATIVES REGARDING THE SETTLEMENT WITH YAMHILL COUNTY**

Plaintiffs seek an award of attorney's fees and expenses to be paid to Class Counsel from the Settlement Fund. Specifically, Plaintiffs seek an award of attorney fees equal to 25% of the Settlement Fund created by the settlement with Yamhill County, and reimbursement of out-of-pocket expenses in the amount of $1,837.85. Plaintiffs also seek payment of service awards to Class Representatives, Walter and Carolyn Jaquith in the amount of $5,000 each.

This Court, having reviewed the pleadings in the case and the submissions of the parties with respect to payment of attorney's fees, costs, and service awards in connection with the Settlement Agreement between Plaintiffs and Yamhill County, and for good cause shown;

IT IS HEREBY ORDERED, this 17th day of September 2026, that:

1. This Order incorporates by reference the definitions in the Settlement Agreement (ECF 214-1) and all capitalized terms used in this Order will have the same meanings as set forth in the Settlement Agreement, unless otherwise defined in this Order.

2. Plaintiffs' Motion for an Award of Attorney Fees, Reimbursement of Costs and Service Award to the Class Representatives Regarding the Settlement with Yamhill County is Granted.

3. Class Counsel shall be paid attorney's fees in the amount of 25% of the Settlement fund including accrued interest on the fund to the date of distribution of the attorney's fees in accordance with the terms for distribution of funds from the Settlement Fund, as set forth in Paragraph 15 of the Settlement Agreement.

4. Upon expiration of the Claims Period, Class Counsel shall also be paid attorneys' fees in an amount equal to 25% of any additional Surplus Proceeds and accrued interest paid into the Settlement Fund under Paragraph 12 of the Settlement Agreement after the date of this Order, in accordance with the terms for distribution of funds from the Settlement Fund, as set forth in Paragraph 15 of the Settlement Agreement.

5. Class Counsel shall be reimbursed for expenses in the amount of $1,837.85 from the Settlement Fund, in accordance with terms for distribution of funds from the Settlement Fund, as set forth in Paragraph 15 of the Settlement Agreement.

6. Class Representatives Walter and Carolyn Jaquith shall be paid an incentive award in the amount of $5,000 each from the Settlement Fund, in accordance with terms for distribution of funds from the Settlement Fund, as set forth in Paragraph 15 of the Settlement Agreement.

**IT IS SO ORDERED.**

DATED this 17th day of September, 2026.

/s/ Karin J. Immergut

Karin J. Immergut

United States District Judge