**David F. Sugerman**, OSB No. 862984
**Nadia H. Dahab**, OSB No. 125630
SUGERMAN DAHAB
101 SW Main Street Ste. 910
Portland, OR 97204
Tel: (503) 228-6474
david@sugermandahab.com
nadia@sugermandahab.com

*Attorneys for Plaintiffs and the Proposed Class*
*(Additional counsel listed on signature page.)*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MARTIN LYNCH, et al.,<br><br>Plaintiffs,<br>v.<br><br>MULTNOMAH COUNTY, et al.,<br><br>Defendants. | Case No. 3:23-cv-01502-IM (lead case)<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO AMEND PRELIMINARY APPROVAL ORDER REGARDING SETTLEMENT WITH LANE COUNTY** |

**MOTION**

Plaintiffs move the Court to amend the deadlines for issuance of notice to the class, and for settlement class members to opt out of or object to the settlement, as set forth in the Preliminary Approval Order. On August 26, 2026, the Court entered an Order Preliminarily Approving the Settlement between Plaintiffs and Lane County (the "Preliminary Approval Order"). (ECF 250.) Under the Preliminary Approval Order, Kroll Settlement Administration ("Kroll") is required to issue notice to the class within 45 days of the entry of the Preliminary Approval Order. (Preliminary Approval Order, ECF 250, ¶ 11.) In other words, the deadline for Kroll to mail notice to the Class is October 10, 2026. Given the press of business, Kroll estimates that the earliest possible date that notice could be mailed to the Class is October 9, 2026. Under the Preliminary Approval Order, Class Members have 60 days to object to, or opt out of, the Settlement. (Preliminary Approval Order, ECF 250, ¶¶ 13, 16) Assuming notice is mailed on October 9, 2026, the deadline for Class Members to opt out or object is December 8, 2026. Accordingly, the deadline for Class Members to opt out or object to the Settlement would fall after the Final Approval Hearing, which is set for 10:00 a.m. on December 2, 2026. (Preliminary Approval Order, ECF 250, ¶ 20.)

In order to ensure that Kroll has sufficient time to prepare the mail notices to Class Members, and that any objections and opt outs are received in advance of the Final Approval Hearing, Plaintiffs respectfully ask that the Court extend the deadline for Kroll to mail notice by 7 days, shorten the opt-out and objection deadline by 21 days, and shorten the deadline for Plaintiffs to file objections with the Court to 7 days prior to the Final Approval Hearing. Accordingly, Plaintiffs respectfully ask that the Court enter an Order under Rule 23(d)(1), Rule 23(d)(2), and Rule 23(e) and amend the Preliminary Approval Order as follows:

(1) Amending Paragraph 11 of the Preliminary Approval Order to the following:

> 11. Within fifty-two (52) days of entry of this Order, the Claims Administrator shall begin providing notice of the Settlement Agreement and the Final Approval Hearing to Potential Claimants as described in the Settlement Agreement, including by (i) mailing the written Notice, along with a Claim Form, to the most recent known address for each Potential Claimant; (ii) publishing the Summary Notice (Exhibit 1(C) to Plaintiffs' Motion for Preliminary Approval) in appropriate publications and electronically; (iii) issuing a press release which will provide summary information regarding the Settlement; and (iv) creating a dedicated website for the Settlement, www.LaneTaxForeclosureSettlement.com.

(2) Amending Paragraph 13 of the Preliminary Approval Order to the following:

> 13. No later than 39 calendar days after the mailing and publication of notice of the Settlement Agreement to the Settlement Class, any putative Class Member wishing to be excluded from the Settlement Class shall mail an opt-out request to the Claims Administrator conforming in all respects to the terms and provisions of the Notice. Those who timely and properly do so shall neither participate in the settlement nor release their claims, and they forego (a) all the benefits they might otherwise receive because of the settlement and (b) their standing to participate in the Final Approval Hearing or object to the proposed Settlement Agreement or any portion of it. Failure to opt out in strict compliance with the time and manner requirements set forth in the Notice shall result in waiver of the right to opt out. All potential Class Members who either do not attempt to or fail to properly and timely opt out shall remain part of the Settlement Class and, to the extent the Settlement Agreement is ultimately approved, shall be bound by the settlement.

(3) Amending Paragraph 16 of the Preliminary Approval Order to the following:

> 16. Any Class Member who will challenge or object to the fairness, reasonableness, or adequacy of the Settlement Agreement or any portion of the settlement, including without limitation the amount of Class Counsel's requested fees and expenses must remain part of the Settlement Class and must serve on the Parties a timely and valid statement of Objection that complies with the Objection procedure described in the Notice. Any Objection must be filed with the Clerk of Court and postmarked no later than 39 calendar days after the mailing and publication of the Notice of the Settlement Class. Class Counsel shall file all such Objections with the Court at least 7 days before the Final Approval Hearing. Any objecting Class Member may appear at the Final Approval Hearing in person, with or without such Class Member's separate counsel. The scope of any objector's presentation of evidence or argument at the Final Approval Hearing shall be limited to such objector's

> written objection. Any Class Member who fails to file and serve an objection in compliance with the deadlines and procedures, and containing the information required by the Notice, shall be deemed to have forever waived and forfeited the right to object to the Settlement Agreement or any part of the settlement or to raise or pursue an objection at the Final Approval Hearing or at any point thereafter, including through appeal or as part of a separate proceeding.

The proposed amendment to the deadlines for the mailing of notice and for Class Members to opt out or object to the Settlement will ensure that Kroll has sufficient time to produce and mail the notices, and that all opt-outs and objections will be received sufficiently in advance of the Final Approval Hearing. The proposed amendments still provide Class Members 39 days to opt out of, or object to the Settlement. A 39-day window is sufficient for Class Members to evaluate the Settlement and decide whether to opt out or object. *See*, *e.g.*, *Torrisi v. Tucson Elec. Power Co.*, 8 F.3d 1370, 1374-75 (9th Cir. 1993) (affirming district court's approval of class action settlement where notice was mailed 31 days before the deadline to object and 45 days before the final approval hearing).

## MEMORANDUM IN SUPPORT

Plaintiffs rely on the facts, law and court rules set forth in the attached Motion.

## CONCLUSION

For the foregoing reasons, the Plaintiffs respectfully ask that the Court grant this Motion and enter the proposed Order attached hereto as Exhibit 1.

DATED this 29th day of September, 2026.

/s/ Nathan J. Fink
**David H. Fink**
**Nathan J. Fink** (admitted *pro hac vice*)
**David A. Bergh**
FINK BRESSACK
38500 Woodward Avenue, Suite 350
Bloomfield Hills, MI 48304
Tel: (248) 971-2500

dfink@finkbressack.com
nfink@finkbressack.com
dbergh@finkbressack.com

**David F. Sugerman**, OSB No. 862984
**Nadia H. Dahab**, OSB No. 125630
SUGERMAN DAHAB
101 SW Main Street Ste. 910
Portland, OR 97204
Tel: (503) 228-6474
david@sugermandahab.com
nadia@sugermandahab.com

**Joseph C. Kohn** (admitted *pro hac vice*)
**William Hoese**
**Zahra R. Dean** (admitted *pro hac vice*)
KOHN SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: (215) 238-1700
jkohn@kohnswift.com
zdean@kohnswift.com
whoese@kohnswift.com

**Gregory P. Hansel** (admitted *pro hac vice*)
**Shana M. Solomon**
**Elizabeth F. Quinby** (admitted *pro hac vice*)
**Michael D. Hanify**
PRETI FLAHERTY BELIVEAU &
PACHIOS, CHARTERED, LLP
One City Center
P.O. Box 9546
Portland, ME 04112
Tel: (207) 791-3000
ghansel@preti.com
ssolomon@preti.com
equinby@preti.com
mhanify@preti.com

*Attorneys for Plaintiffs and the Proposed Class*