Wyatt S. Baum, OSB No. 111773
office@baumsmith.com
Baum Smith, LLC
808 Adams Avenue
PO Box 967
La Grande, Oregon 97850
Phone: (541) 963-3104
Attorneys for Defendant Union County

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

MARTIN LYNCH, ET AL.,

Plaintiffs,

v.

MULTNOMAH COUNTY, ET AL.,

Defendants.

Case No. 3:23-cv-01502-IM

DEFENDANT UNION COUNTY'S NOTICE OF COMPLIANCE WITH THE CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715(b)

In its September 24, 2026, Order Granting Preliminary Approval of Class Action Settlement Agreements, Approving Notice Plan, and Setting Date for Final Approval Hearing, the Court ordered that, at least seven days before the Final Approval Hearing, Defendants' counsel file a report with the Court confirming the notices required by the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715(b), were sent.

/ / /

/ / /

/ / /



BAUM SMITH LLC
808 Adams Ave - PO Box 967
La Grande, Oregon 97850
Phone: (541) 963-3104
Fax: (541) 963-9254
Email: office@baumsmith.com

In accordance with the Court's Order, attached as Exhibit 1 is the Declaration of Wyatt S. Baum confirming compliance with the CAFA notice requirements.

DATED this 12th day of October, 2026.

Baum Smith, LLC
Attorneys for Defendant Union County

By______________________________
Wyatt S. Baum
OSB No. 111773
office@baumsmith.com
Trial Attorney



**BAUM SMITH LLC**
808 Adams Ave - PO Box 967
La Grande, Oregon 97850
Phone: (541) 963-3104
Fax: (541) 963-9254
Email: office@baumsmith.com

Wyatt S. Baum, OSB No. 111773
office@baumsmith.com
Baum Smith, LLC
808 Adams Avenue
PO Box 967
La Grande, Oregon 97850
Phone: (541) 963-3104
Attorneys for Defendant Union County

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

MARTIN LYNCH, ET AL.,

Plaintiffs,

v.

MULTNOMAH COUNTY, ET AL.,

Defendants.

Case No. 3:23-cv-01502-IM

DECLARATION OF WYATT S. BAUM IN SUPPORT OF DEFENDANT UNION COUNTY'S NOTICE OF COMPLIANCE WITH THE CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715(b)

I, Wyatt S. Baum, declare as follows:

1. I am an attorney with Baum Smith, LLC, and I represent Defendant Union County in this matter. I make this declaration on personal knowledge in support of Union County's Notice of Compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715(b).

2. On September 8, 2026, Plaintiffs filed their Motion for Preliminary Approval of the class action settlement agreements, including the Settlement Agreement between Plaintiff Sabrina Boyles and Union County (ECF 256). On September 24, 2026,



**BAUM SMITH LLC**
808 Adams Ave - PO Box 967
La Grande, Oregon 97850
Phone: (541) 963-3104
Fax: (541) 963-9254
Email: office@baumsmith.com

the Court granted preliminary approval and set the Final Approval Hearing for January 28, 2027.

3. On September 30, 2026, I caused notice of the proposed settlement between Plaintiff Sabrina Boyles and Union County to be sent by certified mail, pursuant to 28 U.S.C. § 1715(b), to each of the following officials:

(a) The Honorable Todd Blanche, Attorney General of the United States, United States Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001;

(b) The Honorable Dan Rayfield, Attorney General of Oregon, Oregon Department of Justice, 1162 Court Street NE, Salem, OR 97301-4096; and

(c) The Honorable Anne E. Lopez, Attorney General of Hawaii, Department of the Attorney General, 425 Queen Street, Honolulu, HI 96813.

4. Based on the information available to Union County, every Settlement Class Member resides in Oregon except one, who resides in Hawaii. Notice was therefore sent to the Attorneys General of Oregon and Hawaii, in addition to the Attorney General of the United States.

5. Each notice enclosed identical copies of the materials required by 28 U.S.C. § 1715(b)(1)–(8): the Second Amended Consolidated Class Action Complaint; notice of the January 28, 2027 Final Approval Hearing; the preliminarily approved Class Notice; the fully executed Settlement Agreement; a statement that no other settlement or agreement was contemporaneously made between class counsel and counsel for Union



BAUM SMITH LLC
808 Adams Ave - PO Box 967
La Grande, Oregon 97850
Phone: (541) 963-3104
Fax: (541) 963-9254
Email: office@baumsmith.com

County; a statement that the Court has not issued a final order, judgment, or dismissal; a list of each Class Member and the state in which the Class Member resides; and the Court's Preliminary Approval Opinion and Order.

6. True and correct copies of the CAFA notices are attached as follows: the notice to the Attorney General of the United States as Exhibit A; the notice to the Attorney General of Oregon as Exhibit B; and the notice to the Attorney General of Hawaii as Exhibit C.

7. The Final Approval Hearing is set for January 28, 2027, more than 90 days after the CAFA notices were sent. See 28 U.S.C. § 1715(d).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of October, 2026.

Baum Smith, LLC
Attorneys for Defendant Union County

By______________________________
Wyatt S. Baum
OSB No. 111773
Trial Attorney



**BAUM SMITH LLC**
808 Adams Ave - PO Box 967
La Grande, Oregon 97850
Phone: (541) 963-3104
Fax: (541) 963-9254
Email: office@baumsmith.com

BAUM SMITH LLC
ATTORNEYS AT LAW

808 Adams Avenue
PO Box 967
La Grande, Oregon 97850
T. 541.963.3104
www.baumsmith.com

WYATT S. BAUM
wyatt@baumsmith.com

September 30, 2026

**VIA CERTIFIED MAIL**

THE HONORABLE TODD BLANCHE
UNITED STATES ATTORNEY GENERAL
UNITED STATES DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

**CLASS ACTION FAIRNESS ACT – NOTICE TO FEDERAL AND STATE OFFICIALS**

Dear Attorney General Blanche:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), codified at 28 U.S.C. § 1715, please find enclosed information from Defendant Union County, Oregon relating to the proposed settlement of a class action lawsuit.

- **Case:** *Lynch v. Multnomah County,* Case No. 3:23-cv-01502-IM.
- **Court:** United States District Court for the District of Oregon, Portland Division.
- **Defendant:** Union County, Oregon.
- **Documents Enclosed:** In accordance with the requirements of 28 U.S.C. § 1715, please find copies of the following documents associated with this action enclosed:

  1. **28 U.S.C. § 1715(b)(1) – Complaint and Any Amended Complaints:**
     - The second amended complaint is attached as Exhibit 1.
  2. **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** The final approval hearing has been scheduled for January 28, 2027.
  3. **28 U.S.C. § 1715(b)(3) – Notification to Class Members:**
     - The preliminary approved class action notice form is attached as Exhibit 2.
  4. **28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:**
     - The fully executed settlement agreement is attached as Exhibit 3.

5. **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:**
    - No other settlements or other agreements were contemporaneously made between class counsel and counsel for the defendant.

6. **28 U.S.C. § 1715(b)(6) – Final Judgment or Notice of Dismissal:**
    - The Court has not issued a final order, judgment, or dismissal.

7. **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:**
    - A document listing the name of each class member and the state in which they reside is attached as Exhibit 4. The settlement fund will be distributed to class members based on surplus proceeds, as discussed in the settlement agreement.

8. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:**
    - The Court's Preliminary Approval Opinion and Order is attached as Exhibit 5.

If you have questions or concerns about this notice or the enclosed materials, please contact this office.

Very truly yours,

BAUM SMITH, LLC

Wyatt S. Baum

WSB/ehh
Enclosures

BAUM SMITH LLC
ATTORNEYS AT LAW

808 Adams Avenue
PO Box 967
La Grande, Oregon 97850
T. 541.963.3104
www.baumsmith.com

WYATT S. BAUM
wyatt@baumsmith.com

September 30, 2026

**VIA CERTIFIED MAIL**

THE HONORABLE DAN RAYFIELD
ATTORNEY GENERAL OF OREGON
OREGON DEPARTMENT OF JUSTICE
1162 COURT STREET NE
SALEM, OR 97301-4096

**CLASS ACTION FAIRNESS ACT – NOTICE TO FEDERAL AND STATE OFFICIALS**

Dear Attorney General Rayfield:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), codified at 28 U.S.C. § 1715, please find enclosed information from Defendant Union County, Oregon relating to the proposed settlement of a class action lawsuit.

- **Case:** *Lynch v. Multnomah County,* Case No. 3:23-cv-01502-IM.
- **Court:** United States District Court for the District of Oregon, Portland Division.
- **Defendant:** Union County, Oregon.
- **Documents Enclosed:** In accordance with the requirements of 28 U.S.C. § 1715, please find copies of the following documents associated with this action enclosed:

1. **28 U.S.C. § 1715(b)(1) – Complaint and Any Amended Complaints:**
    - The second amended complaint is attached as Exhibit 1.
2. **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** The final approval hearing has been scheduled for January 28, 2027.
3. **28 U.S.C. § 1715(b)(3) – Notification to Class Members:**
    - The preliminary approved class action notice form is attached as Exhibit 2.
4. **28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:**
    - The fully executed settlement agreement is attached as Exhibit 3.

5. **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:**
    - No other settlements or other agreements were contemporaneously made between class counsel and counsel for the defendant.

6. **28 U.S.C. § 1715(b)(6) – Final Judgment or Notice of Dismissal:**
    - The Court has not issued a final order, judgment, or dismissal.

7. **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:**
    - A document listing the name of each class member and the state in which they reside is attached as Exhibit 4. The settlement fund will be distributed to class members based on surplus proceeds, as discussed in the settlement agreement.

8. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:**
    - The Court's Preliminary Approval Opinion and Order is attached as Exhibit 5.

If you have questions or concerns about this notice or the enclosed materials, please contact this office.

Very truly yours,

BAUM SMITH, LLC

Wyatt S. Baum

WSB/ehh
Enclosures

BAUM SMITH LLC
ATTORNEYS AT LAW

808 Adams Avenue
PO Box 967
La Grande, Oregon 97850
T. 541.963.3104
www.baumsmith.com

WYATT S. BAUM
wyatt@baumsmith.com

September 30, 2026

**VIA CERTIFIED MAIL**

THE HONORABLE ANNE E. LOPEZ
ATTORNEY GENERAL OF HAWAII
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813

**CLASS ACTION FAIRNESS ACT – NOTICE TO FEDERAL AND STATE OFFICIALS**

Dear Attorney General Lopez:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), codified at 28 U.S.C. § 1715, please find enclosed information from Defendant Union County, Oregon relating to the proposed settlement of a class action lawsuit.

- **Case:** *Lynch v. Multnomah County,* Case No. 3:23-cv-01502-IM.
- **Court:** United States District Court for the District of Oregon, Portland Division.
- **Defendant:** Union County, Oregon.
- **Documents Enclosed:** In accordance with the requirements of 28 U.S.C. § 1715, please find copies of the following documents associated with this action enclosed:

    1. **28 U.S.C. § 1715(b)(1) – Complaint and Any Amended Complaints:**
        - The second amended complaint is attached as Exhibit 1.
    2. **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** The final approval hearing has been scheduled for January 28, 2027.
    3. **28 U.S.C. § 1715(b)(3) – Notification to Class Members:**
        - The preliminary approved class action notice form is attached as Exhibit 2.
    4. **28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:**
        - The fully executed settlement agreement is attached as Exhibit 3.

5. **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:**
   - No other settlements or other agreements were contemporaneously made between class counsel and counsel for the defendant.

6. **28 U.S.C. § 1715(b)(6) – Final Judgment or Notice of Dismissal:**
   - The Court has not issued a final order, judgment, or dismissal.

7. **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:**
   - A document listing the name of each class member and the state in which they reside is attached as Exhibit 4. The settlement fund will be distributed to class members based on surplus proceeds, as discussed in the settlement agreement.

8. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:**
   - The Court's Preliminary Approval Opinion and Order is attached as Exhibit 5.

If you have questions or concerns about this notice or the enclosed materials, please contact this office.

Very truly yours,

BAUM SMITH, LLC

Wyatt S. Baum

WSB/ehh
Enclosures

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing Appearance of Counsel on:

DAVID F. SUGERMAN
NADIA H. DAHAB
SUGERMAN DAHAB
101 SW MAIN STREET, SUITE 910
PORTLAND, OR 97204
david@sugermandahab.com
nadia@sugermandahab.com
Of Attorneys for Plaintiffs

AKEEB DAMI ANIMASHAUN
355 SOUTH GRAND AVENUE
SUITE 2450
LOS ANGELES, CA 90071
dami@animashaun.me
Of Attorneys for Plaintiffs

ELIAS KOHN
ELIAS A. KOHN PLLC
1600 MARKET STREET
PHILADELPHIA, PA 19103
ekohn@eliaskohn.law
Of Attorneys for Plaintiffs
(pro hac vice)

ELIZABETH F. QUINBY
GREGORY PAUL HANSEL
MICHAEL D. HANIFY
PRETI FLAHERTY BELIVEAU & PACHIOS, LLP
ONE CITY CENTER, PO BOX 9546
PORTLAND, ME 04112-9546
equinby@preti.com
ghansel@preti.com
mhanify@preti.com
Of Attorneys for Plaintiffs
(pro hac vice)

SHANA SOLOMON
PRETI FLAHERTY BELIVEAU & PACHIOS, LLP
60 STATE STREET, SUITE 1100
BOSTON, MA 02109
ssolomon@preti.com
Of Attorneys for Plaintiffs
(pro hac vice)

JOSEPH C. KOHN
ZAHRA DEAN
KOHN, SWIFT & GRAF, P.C.
1600 MARKET STREET, SUITE 2500
PHILADELPHIA, PA 19103
jkohn@kohnswift.com
zdean@kohnswift.com
Of Attorneys for Plaintiffs
(pro hac vice)



BAUM SMITH LLC
808 Adams Ave - PO Box 967
La Grande, Oregon 97850
Phone: (541) 963-3104
Fax: (541) 963-9254
Email: office@baumsmith.com

NATHAN J. FINK
FINK BRESSACK PLLC
38500 WOODWARD AVENUE, STE 350
BLOOMFIELD HILLS, MI 48304
nfink@finkbressack.com
Of Attorneys for Plaintiffs
(pro hac vice)

ANDREW T. WEINER
CARLOS A. RASCH
B. ANDREW JONES
MULTNOMAH COUNTY ATTORNEY'S OFFICE
501 SE HAWTHORNE BLVD., SUITE 500
PORTLAND, OR 97214
andrew.weiner@multco.us
carlos.rasch@multco.us
andy.jones@multco.us
Of Attorneys for Multnomah County

MALLORY R. BEEBE
EMILY D. VARIO
LANE COUNTY OFFICE OF LEGAL COUNSEL
125 EAST 8TH AVENUE
EUGENE, OR 97401
mallory.beebe@lanecountyor.gov
emily.vario@lanecountyor.gov
Of Attorneys for Lane County

BRIAN L. GINGERICH
MICHAEL H. MCGEAN
FOREMAN STURM & THEDE LLP
70 SW CENTURY DRIVE, STE 100-484
BEND, OR 97702
brian@foremansturm.com
michael@foremansturm.com
Of Attorneys for Yamhill County

KYLE A. STURM
FOREMAN STURM & THEDE LLP
3519 NE 15TH AVE, #489
PORTLAND, OR 97212
kyle.sturm@foremansturm.com
Of Attorneys for Yamhill County

CHRISTIAN F. BOENISCH
YAMHILL COUNTY OFFICE OF COUNTY COUNSEL
434 NE EVANS
MCMINNVILLE, OR 97128
boenischc@co.yamhill.or.us
Of Attorneys for Yamhill County

CARLA SCOTT
OREGON DEPARTMENT OF JUSTICE
100 SW MARKET STREET
PORTLAND, OR 97201
CARLA.A.SCOTT@DOJ.OREGON.GOV
Of Attorneys for Ellen F. Rosenblum and Betsy Imholt

CLIFFORD S. DAVIDSON
SNELL & WILMER LLP
601 SW 2ND AVENUE, STE 2000
PORTLAND, OR 97204
CSDAVIDSON@SWLAW.COM
Of Attorneys for Clatsop County and Douglas County

KIMBERLY RILEY
DESCHUTES COUNTY LEGAL COUNSEL
1300 NW WALL STREET, SUITE 205
BEND, OR 97703
kim.riley@deschutes.org
Of Attorneys for Deschutes County

BRYAN LIBEL
TILLAMOOK COUNTY
201 LAUREL AVENUE
TILLAMOOK, OR 97141
bryan.libel@tillamookcounty.gov
Of Attorneys for Tillamook County



**BAUM SMITH LLC**
808 Adams Ave - PO Box 967
La Grande, Oregon 97850
Phone: (541) 963-3104
Fax: (541) 963-9254
Email: office@baumsmith.com

THOMAS M. CHRIST
SUSSMAN SHANK, LLP
1000 SW BROADWAY, SUITE 1400
PORTLAND, OR 97205
tchrist@sussmanshank.com
Of Attorneys for Intervenor Counties

WILLIAM S. T. WOOD
SCHWABE WILLIAMSON & WYATT
1211 SW FIFTH AVE., STE 1900
PORTLAND, OR 97204
twood@schwabe.com
Of Attorneys for Intervenor Baker County

by the following indicated method or methods:

[X] by electronic service through the Court's CM/ECF system upon e-filing this document with the Court, which will send notification of such filing to the attorney(s) shown above.

[ ] by mailing a full, true and correct copy thereof in a sealed, first-class, and postage prepaid envelope, addressed to the attorney(s) shown above at the last-known office address of the attorney(s) via the United States Postal Service at La Grande, Oregon on the date set forth below.

[ ] by causing a full, true and correct copy thereof to be hand-delivered to the attorney.

DATED this 12th day of October, 2026.

BAUM SMITH, LLC
Attorneys for Defendant Union County

By:______________________
Wyatt S. Baum
OSB No. 111773
Trial Attorney



BAUM SMITH LLC
808 Adams Ave - PO Box 967
La Grande, Oregon 97850
Phone: (541) 963-3104
Fax: (541) 963-9254
Email: office@baumsmith.com