**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| MARTIN LYNCH, ET AL.,<br><br>Plaintiffs,<br>v.<br><br>MULTNOMAH COUNTY, ET AL.,<br><br>Defendants. | Case No. 3:23-cv-01502-IM (lead case)<br><br>**ORDER GRANTING *GABBERT* PLAINTIFFS' MOTION TO AMEND FINAL APPROVAL ORDER REGARDING SETTLEMENT WITH DEFENDANT COLUMBIA COUNTY** |
| JEFFREY SAWYER, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>MARION COUNTY, ET AL.,<br><br>Defendants. | Case No. 3:23-cv-01971-IM |
| MATTHEW GABBERT, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPHINE COUNTY, ET AL.,<br><br>Defendants. | Case No. 1:23-cv-01434-IM |
| JERRY BAKER,<br><br>Plaintiff,<br><br>v.<br><br>BAKER COUNTY,<br><br>Defendant. | Case No. 2:24-cv-01503-IM |

Upon consideration of the *Gabbert* Plaintiffs' Motion to Amend Final Approval Order Regarding Settlement with Defendant Columbia County, ECF 293, Defendant Columbia County's consent to the requested relief, and the record in this action, this Court finds good cause to grant the Motion.

This Court previously entered an Order Granting Final Approval of Class Action Settlement Agreement on September 17, 2026. *Lynch* ECF 268. After entry of that Order, the parties identified a calculation error concerning Columbia County's contribution to the Settlement Fund and entered into a Supplemental Settlement Agreement to ensure that each Columbia County Class Member who submits a valid and timely claim receives 100 percent of the Surplus Proceeds to which the Class Member is entitled, plus applicable interest.

This Court finds that the Supplemental Settlement Agreement does not adversely affect any Class Member. It preserves the recovery described in the Class Notice, leaves the remainder of the Settlement unchanged, and does not render the Settlement any less fair, reasonable, or adequate. Renewed notice to the Settlement Class is therefore unnecessary.

**Accordingly, IT IS HEREBY ORDERED that:**

1. The *Gabbert* Plaintiffs' Motion to Amend Final Approval Order Regarding Settlement with Defendant Columbia County is **GRANTED**.

2. The Supplemental Settlement Agreement Between Plaintiffs and Defendant Columbia County is **APPROVED** and incorporated into the Settlement Agreement for purposes of this Court's Final Approval Order.

3. Paragraph 12 of this Court's September 17, 2026 Order Granting Final Approval of Class Action Settlement Agreement, *Lynch* ECF 268, is **AMENDED** as follows:

> **Original Text:** Pursuant to, and in accordance with, Rule 23(e)(2) of the Federal Rules of Civil Procedure, this Court hereby fully and finally approves the Settlement

Agreement in all respects and finds that the Settlement Agreement is, in all respects, fair, reasonable, and adequate to the Settlement Class. In making this determination, the Court considered the following factors: (1) the strength of Plaintiffs' case; (2) the risk, expense, complexity, and likely duration of further litigation; (3) the risk of maintaining class action status throughout the trial; (4) the amount offered in settlement; (5) the extent of discovery completed, and the stage of the proceedings; (6) the experience and views of counsel; (7) the presence of a governmental participant; and (8) the reaction of the Class Members to the proposed settlement.

**Amended Text**: Pursuant to, and in accordance with, Rule 23(e)(2) of the Federal Rules of Civil Procedure, this Court hereby fully and finally approves ***in all respects the Settlement Agreement, which for purposes of this order includes the Supplemental Settlement Agreement Between Plaintiffs and Defendant Columbia County,*** and finds that the Settlement Agreement is, in all respects, fair, reasonable, and adequate to the Settlement Class. In making this determination, the Court considered the following factors: (1) the strength of Plaintiffs' case; (2) the risk, expense, complexity, and likely duration of further litigation; (3) the risk of maintaining class action status throughout the trial; (4) the amount offered in settlement; (5) the extent of discovery completed, and the stage of the proceedings; (6) the experience and views of counsel; (7) the presence of a governmental participant; and (8) the reaction of the Class Members to the proposed settlement.

4. The Settlement Agreement, as amended by the Supplemental Settlement Agreement, remains fair, reasonable, and adequate under Federal Rule of Civil Procedure 23(e).

5. Renewed notice to the Settlement Class is not required.

6. Except as expressly modified by this Order, all other provisions of the September 17, 2026 Final Approval Order, *Lynch* ECF 268, remain in full force and effect.

**IT IS SO ORDERED.**

DATED this 13th day of November 2026

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge